**ORIGINAL**

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

CITY OF WESTLAND POLICE AND FIRE
RETIREMENT SYSTEM, On Behalf of Itself and
All Others Similarly Situated

V.

SONIC SOLUTIONS, DAVID C. HABIGER,
ROBERT J. DORIS, A. CLAY LEIGHTON, MARY
C. SAUER and MARK ELY

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **MJJ**

**C 07 5111**

TO: (Name and address of defendant)

See Attachment A

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Shawn A. Williams
Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK
ANNA SPRINKLES

DATE OCT - 4 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| | DATE |
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

ATTACHMENT A

**Sonic Solutions**
Registered Agent:
A. Clay Leighton
101 Rowland Way
Novato, CA 94945

**Robert J. Doris**
10 Madrona Avenue
Belvedere Tiburon, CA 94920

**David C. Habiger**
111 North Adams Street
Hinsdale, IL 60521

**Mary C. Sauer**
10 Madrona Avenue
Belvedere Tiburon, CA 94920

**A. Clay Leighton**
Andrew Clay Leighton
1264 6th Avenue
San Francisco, CA 94122

**Mark Ely**
105 Cypress Avenue
Kentfield, CA 94904

| *Attorney or Party without Attorney:* <br> Shawn A. Williams, Esq. <br> Coughlin Stoia Geller Rudman <br> & Robbins LLP <br> 100 Pine Street, Suite 2600 <br> San Francisco, CA 94111 <br> *Telephone No:* 415-288-4545 | | | | *For Court Use Only* |
|---|---|---|---|---|
| | | *Ref. No. or File No.:* | | |
| *Attorney for:* Plaintiff | | | | |
| *Insert name of Court, and Judicial District and Branch Court:* <br> United Stated District Court - Northern District Of California | | | | |
| *Plaintiff:* City of Westland Police and Fire Retirement System, et al | | | | |
| *Defendant:* Sonic Solutions, et al. | | | | |
| **PROOF OF SERVICE** <br> **Summons & Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* <br> C075111MJJ |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Class Action Complaint; Notice of Availability of Magistrate Judge to Exercise Jurisdiction; Notice of Lawsuit and Request for Waiver of Service of Summons; Filing Guidelines; Order Setting Initial Case Management Conference and ADR Deadlines Package; Standing Orders; ECF Registration Information Handout

3. a. *Party served:* Sonic Solutions
   b. *Person served:* A. Clay Leighton, Chief Financial Officer

4. *Address where the party was served:* 101 Rowland Way, # 110
   Novato, CA 94945

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Oct. 11, 2007 (2) at: 4:10PM

7. *Person Who Served Papers:*  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Oleg Grinshpan                         d. *The Fee for Service was:*
   b. **Class Action Research &**            e. I am: (3) registered California process server
      Litigation Support Services, Inc.           (i) Independent Contractor
      P O Box 740                                 (ii) Registration No.: P-378
      Penryn, CA 95663                            (iii) County: Sonoma
   c. (866) 663-9590, FAX (866) 663-4955

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Thu, Oct. 11, 2007

| *Judicial Council Form* <br> *Rule 982.9.(a)&(b) Rev January 1, 2007* | **PROOF OF SERVICE** <br> **Summons & Complaint** | *(Oleg Grinshpan)* | *shwil.101522* |
|---|---|---|---|

| *Attorney or Party without Attorney:* <br> Shawn A. Williams, Esq. <br> Coughlin Stoia Geller Rudman <br> & Robbins LLP <br> 100 Pine Street, Suite 2600 <br> San Francisco, CA 94111 <br> *Telephone No:* 415-288-4545 | | | | *For Court Use Only* |
|---|---|---|---|---|
| | | *Ref. No. or File No.:* | | |
| *Attorney for:* Plaintiff | | | | |
| *Insert name of Court, and Judicial District and Branch Court:* <br> United Stated District Court - Northern District Of California | | | | |
| *Plaintiff:* City of Westland Police and Fire Retirement System, et al | | | | |
| *Defendant:* Sonic Solutions, et al. | | | | |
| **PROOF OF SERVICE** <br> **Summons & Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* <br> C075111MJJ |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Class Action Complaint; Notice of Availability of Magistrate Judge to Exercise Jurisdiction; Notice of Lawsuit and Request for Waiver of Service of Summons; Filing Guidelines; Order Setting Initial Case Management Conference and ADR Deadlines Package; Standing Orders; ECF Registration Information Handout

3. a. *Party served:*         David C. Habiger
   b. *Person served:*        party in item 3a

4. *Address where the party was served:*    111 North Adams Street
                                             Hinsdale, IL 60521

5. *I served the party*
   b. **by substituted service.** On: Thu., Oct. 11, 2007 at: 1:50PM by leaving the copies with or in the presence of:
      Sharon Habiger, wife/co-occupant
   (2) **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. *Person Who Served Papers:*                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Robert Regalado                                       d. *The Fee for Service was:*
   b. Class Action Research &                               e. I am: Not a Registered California Process Server
      Litigation Support Services, Inc.
      P O Box 740
      Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Thu, Oct. 11, 2007

   *(Robert Regalado)*

| Judicial Council Form <br> Rule 982.9.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE <br> Summons & Complaint | shwil.101520 |
|---|---|---|

| *Attorney or Party without Attorney:*<br>Shawn A. Williams, Esq.<br>Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>*Telephone No:* 415-288-4545     *FAX No:* | | | | *For Court Use Only* | |
|---|---|---|---|---|---|
| | | *Ref. No or File No.:* | | | |
| *Attorney for:* Plaintiff | | | | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United Stated District Court - Northern District Of California | | | | | |
| *Plaintiff:* City of Westland Police and Fire Retirement System, et al | | | | | |
| *Defendant:* Sonic Solutions, et al. | | | | | |
| **PROOF OF SERVICE**<br>**By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C075111MJJ | |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons in a Civil Case; Class Action Complaint; Notice of Availability of Magistrate Judge to Exercise Jurisdiction; Notice of Lawsuit and Request for Waiver of Service of Summons; Filing Guidelines; Order Setting Initial Case Management Conference and ADR Deadlines Package; Standing Orders; ECF Registration Information Handout

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

    a. Date of Mailing:         Thu., Oct. 11, 2007
    b. Place of Mailing:        Penryn, CA 95663
    c. Addressed as follows:    David C. Habiger
                                111 North Adams Street
                                Hinsdale, IL 60521

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu., Oct. 11, 2007 in the ordinary course of business.

5. Person Serving:                                                           Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. Janis Dingman                              d. *The Fee for Service was:*
    b. Class Action Research &                    e. I am: (3) registered California process server
       Litigation Support Services, Inc.              *(i)*   Employee
       P O Box 740                                    *(ii)*  Registration No.:    2005-27
       Penryn, CA 95663                               *(iii)* County:              Sacramento
    c. (866) 663-9590, FAX (866) 663-4955             *(iv)*  Expiration Date:     Wed, Apr. 29, 2009

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date:Thu, Oct. 11, 2007

**Judicial Council Form**                       PROOF OF SERVICE                  (Janis Dingman)              *shwil.101520*
**Rule 982.9.(a)&(b) Rev January 1, 2007**      By Mail

| Attorney or Party without Attorney: <br> Shawn A. Williams, Esq. <br> Coughlin Stoia Geller Rudman <br> & Robbins LLP <br> 100 Pine Street, Suite 2600 <br> San Francisco, CA 94111 <br> Telephone No: 415-288-4545 | | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court: <br> United Stated District Court - Northern District Of California | | |
| Plaintiff: City of Westland Police and Fire Retirement System, et al | | |
| Defendant: Sonic Solutions, et al. | | |

| PROOF OF SERVICE <br> Summons & Complaint | Hearing Date: | Time: | Dept/Div: | Case Number: <br> C075111MJJ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Class Action Complaint; Notice of Availability of Magistrate Judge to Exercise Jurisdiction; Notice of Lawsuit and Request for Waiver of Service of Summons; Filing Guidelines; Order Setting Initial Case Management Conference and ADR Deadlines Package; Standing Orders; ECF Registration Information Handout

3. a. Party served:           Robert J. Doris
   b. Person served:         Robert J. Doris, Personally

4. Address where the party was served:   10 Madrona Avenue
                                          Belvedere Tiburon, CA 94920

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Oct. 11, 2007 (2) at: 2:50PM

7. **Person Who Served Papers:**                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Oleg Grinshpan                          d. *The Fee for Service was:*
   b. **Class Action Research &**             e. I am: (3) registered California process server
      Litigation Support Services, Inc.              (i)   Independent Contractor
      P O Box 740                                    (ii)  Registration No.:    P-378
      Penryn, CA 95663                               (iii) County:              Sonoma
   c. (866) 663-9590, FAX (866) 663-4955

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Thu, Oct. 11, 2007

**Judicial Council Form**        PROOF OF SERVICE        (Oleg Grinshpan)      shwil.101521
**Rule 982.9.(a)&(b) Rev January 1, 2007**    Summons & Complaint

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Shawn A. Williams, Esq.<br>Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>Telephone No: 415-288-4545 | | |
| Attorney for: Plaintiff | Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United Stated District Court - Northern District Of California |

| Plaintiff: City of Westland Police and Fire Retirement System, et al |
|---|
| Defendant: Sonic Solutions, et al. |

| PROOF OF SERVICE<br>Summons & Complaint | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C075111MJJ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Class Action Complaint; Notice of Availability of Magistrate Judge to Exercise Jurisdiction; Notice of Lawsuit and Request for Waiver of Service of Summons; Filing Guidelines; Order Setting Initial Case Management Conference and ADR Deadlines Package; Standing Orders; ECF Registration Information Handout

3. a. Party served:          A. Clay Leighton
   b. Person served:         A. Clay Leighton, Personally

4. Address where the party was served:    Sonic Solutions
                                          101 Rowland Way, # 110
                                          Novato, CA 94945

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Oct. 11, 2007 (2) at: 4:10PM

7. **Person Who Served Papers:**                                Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Oleg Grinshpan                          d. *The Fee for Service was:*
   b. **Class Action Research &**             e. I am: (3) registered California process server
      Litigation Support Services, Inc.              (i)   Independent Contractor
      P O Box 740                                    (ii)  Registration No.:   P-378
      Penryn, CA 95663                               (iii) County:             Sonoma
   c. (866) 663-9590, FAX (866) 663-4955

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Thu, Oct. 11, 2007

| Judicial Council Form<br>Rule 982.9.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>Summons & Complaint | (Oleg Grinshpan) | shwil.101518 |
|---|---|---|---|

| *Attorney or Party without Attorney:* <br> Shawn A. Williams, Esq. <br> Coughlin Stoia Geller Rudman <br> & Robbins LLP <br> 100 Pine Street, Suite 2600 <br> San Francisco, CA 94111 <br> *Telephone No:* 415-288-4545 <br><br> *Ref. No. or File No.:* <br><br> *Attorney for:* Plaintiff | *For Court Use Only* |
|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
United Stated District Court - Northern District Of California

*Plaintiff:* City of Westland Police and Fire Retirement System, et al
*Defendant:* Sonic Solutions, et al.

| **PROOF OF SERVICE** <br> **Summons & Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* <br> C075111MJJ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Class Action Complaint; Notice of Availability of Magistrate Judge to Exercise Jurisdiction; Notice of Lawsuit and Request for Waiver of Service of Summons; Filing Guidelines; Order Setting Initial Case Management Conference and ADR Deadlines Package; Standing Orders; ECF Registration Information Handout

3. a. Party served:          Mary C. Sauer
   b. Person served:        party in item 3a

4. Address where the party was served:    10 Madrona Avenue
                                          Belvedere Tiburon, CA 94920

5. I served the party:
   b. **by substituted service.** On: Thu., Oct. 11, 2007 at: 2:50PM by leaving the copies with or in the presence of:
      Robert J. Doris, co-occupant
   (2) (Home) Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. **Person Who Served Papers:**                             Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Oleg Grinshpan                             d. *The Fee for Service was:*
   b. Class Action Research &                    e. I am: (3) registered California process server
      Litigation Support Services, Inc.              (i)   Independent Contractor
      P O Box 740                                    (ii)  Registration No.:  P-378
      Penryn, CA 95663                               (iii) County:            Sonoma
   c. (866) 663-9590, FAX (866) 663-4955

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Thu, Oct. 11, 2007

   **Judicial Council Form**                PROOF OF SERVICE              (Oleg Grinshpan)          shwil.101517
   **Rule 982.9.(a)&(b) Rev January 1, 2007**    Summons & Complaint

| Attorney or Party without Attorney:<br>Shawn A. Williams, Esq.<br>Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>Telephone No: 415-288-4545    FAX No: | For Court Use Only |
|---|---|
| Ref. No or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court:<br>United Stated District Court - Northern District Of California | |
| Plaintiff: City of Westland Police and Fire Retirement System, et al | |
| Defendant: Sonic Solutions, et al. | |

| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C075111MJJ |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons in a Civil Case; Class Action Complaint; Notice of Availability of Magistrate Judge to Exercise Jurisdiction; Notice of Lawsuit and Request for Waiver of Service of Summons; Filing Guidelines; Order Setting Initial Case Management Conference and ADR Deadlines Package; Standing Orders; ECF Registration Information Handout

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:         Thu., Oct. 11, 2007
   b. Place of Mailing:        Penryn, CA  95663
   c. Addressed as follows:    Mary C. Sauer
                               10 Madrona Avenue
                               Belvedere Tiburon, CA  94920

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu., Oct. 11, 2007 in the ordinary course of business.

5. Person Serving:                                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Janis  Dingman                                d. *The Fee for Service was:*
   b. Class Action Research &                       e. I am: (3) registered California process server
      Litigation Support Services, Inc.                  (i)    Employee
      P O Box 740                                        (ii)   Registration No.:    2005-27
      Penryn, CA  95663                                  (iii)  County:              Sacramento
   c. (866) 663-9590, FAX (866) 663-4955                 (iv)   Expiration Date:     Wed, Apr. 29, 2009

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date:Thu, Oct. 11, 2007

| **Judicial Council Form**<br>**Rule 982.9.(a)&(b) Rev January 1, 2007** | **PROOF OF SERVICE**<br>**By Mail** | (Janis Dingman)    shwil.101517 |
|---|---|---|

| Attorney or Party without Attorney: Shawn A. Williams, Esq. Coughlin Stoia Geller Rudman & Robbins LLP 100 Pine Street, Suite 2600 San Francisco, CA 94111 Telephone No: 415-288-4545 | | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: United Stated District Court - Northern District Of California |
|---|
| Plaintiff: City of Westland Police and Fire Retirement System, et al |
| Defendant: Sonic Solutions, et al. |

| PROOF OF SERVICE Summons & Complaint | Hearing Date: | Time: | Dept/Div: | Case Number: C075111MJJ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Class Action Complaint; Notice of Availability of Magistrate Judge to Exercise Jurisdiction; Notice of Lawsuit and Request for Waiver of Service of Summons; Filing Guidelines; Order Setting Initial Case Management Conference and ADR Deadlines Package; Standing Orders; ECF Registration Information Handout

3. a. Party served:       Mark Ely
   b. Person served:      Party in item 3a

4. Address where the party was served:     105 Cypress Avenue
                                            Kentfield, CA 94904

5. I served the party:
   b. **by substituted service.** On: Sun., Oct. 14, 2007 at: 8:45PM by leaving the copies with or in the presence of:
       Jane Doe, Wife / Co-Occupant, White, Female, 37 Years Old, 5 Feet 5 Inches, 125 Pounds, Reddish Blond Hair
   (2) **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. **Person Who Served Papers:**                                      Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Oleg Grinshpan                                              d. **The Fee** for Service was:
   b. **Class Action Research &**                                 e. I am: (3) registered California process server
      Litigation Support Services, Inc.                                  (i)   Independent Contractor
      P O Box 740                                                        (ii)  Registration No.:    P-378
      Penryn, CA 95663                                                   (iii) County:              Sonoma
   c. (866) 663-9590, FAX (866) 663-4955

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Mon, Oct. 15, 2007

| Judicial Council Form Rule 982.9.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE Summons & Complaint | (Oleg Grinshpan) | shwil.101519 |

| Attorney or Party without Attorney: Shawn A. Williams, Esq. Coughlin Stoia Geller Rudman & Robbins LLP 100 Pine Street, Suite 2600 San Francisco, CA 94111 | | For Court Use Only |
|---|---|---|
| Telephone No: 415-288-4545    FAX No: | | |
| | Ref. No or File No.: | |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court: United Stated District Court - Northern District Of California | | |
| Plaintiff: City of Westland Police and Fire Retirement System, et al | | |
| Defendant: Sonic Solutions, et al. | | |

| **PROOF OF SERVICE** **By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number: C075111MJJ |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons in a Civil Case; Class Action Complaint; Notice of Availability of Magistrate Judge to Exercise Jurisdiction; Notice of Lawsuit and Request for Waiver of Service of Summons; Filing Guidelines; Order Setting Initial Case Management Conference and ADR Deadlines Package; Standing Orders; ECF Registration Information Handout

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:           Mon., Oct. 15, 2007
   b. Place of Mailing:          Penryn, CA  95663
   c. Addressed as follows:      Mark Ely
                                 105 Cypress Avenue
                                 Kentfield, CA  94904

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Mon., Oct. 15, 2007 in the ordinary course of business.

5. Person Serving:                                                  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Janis Dingman                                    d. *The Fee for Service was:*
   b. Class Action Research &                          e. I am: (3) registered California process server
      Litigation Support Services, Inc.                     (i)   Employee
      P O Box 740                                           (ii)  Registration No.:    2005-27
      Penryn, CA  95663                                     (iii) County:              Sacramento
   c. (866) 663-9590, FAX (866) 663-4955                    (iv)  Expiration Date:     Wed, Apr. 29, 2009

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Mon, Oct. 15, 2007

| Judicial Council Form Rule 982.9.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE By Mail | (Janis Dingman)    shwit:101519 |
|---|---|---|