SARA B. BRODY (Bar No. 130222)
CAROL LYNN THOMPSON (Bar No. 148079)
MONICA PATEL (Bar No. 220825)
DANIEL KAUFMAN (Bar No. 246041)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Sara.Brody@hellerehrman.com
CarolLynn.Thompson@hellerehrman.com
Monica.Patel@hellerehrman.com
Daniel.Kaufman@hellerehrman.com

Attorneys for Defendants
SONIC SOLUTIONS, DAVID C. HABIGER,
ROBERT J. DORIS, A. CLAY LEIGHTON,
MARY C. SAUER and MARK ELY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF WESTLAND POLICE AND FIRE RETIREMENT SYSTEM, On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SONIC SOLUTIONS, DAVID C. HABIGER, ROBERT J. DORIS, A. CLAY LEIGHTON, MARY C. SAUER and MARK ELY,<br><br>Defendants. | Case No.: C 07 5111(MJJ)<br><br><u>CLASS ACTION</u><br><br>STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE |

WHEREAS, City of Westland Police and Fire Retirement System (hereafter "plaintiff") filed the complaint in the above-captioned class action on October 4, 2007, against Sonic Solutions and certain of its officers and directors (collectively "defendants");

WHEREAS, defendants' answer(s) or other response(s) to the above-captioned class action complaint are currently due on November 5, 2007;

WHEREAS, any plaintiff wishing to be Lead Plaintiff in this action must file a request with the Court to be appointed Lead Plaintiff by December 3, 2007 pursuant to the Private Securities Litigation Reform Act of 1995;

WHEREAS, at a date on or some time after December 3, 2007 the Court is expected to appoint Lead Plaintiff such that Lead Plaintiff is currently unknown;

WHEREAS, plaintiff and defendants, after meeting and conferring, agree that judicial economy will be served by the entry of a schedule for the filing of defendants' answer(s) or other response(s) to the complaint.

THEREFORE, IT IS STIPULATED AND AGREED by plaintiff and defendants, through their respective counsel of record, as follows:

1. Defendants will not be required to file and serve any answer(s) or other response(s) to the complaint in the above-captioned class action until at least 30 days after Lead Plaintiff has been appointed by the Court.

2. Upon the Court's appointment of Lead Plaintiff, defendants intend to meet and confer with Lead Plaintiff about whether Lead Plaintiff will file a consolidated or amended complaint. Should Lead Plaintiff intend to file a consolidated or amended complaint, then it is defendants' position that no answer(s) or response(s) shall be due until after the consolidated or amended complaint is filed.

//
//
//
//
//

3. By executing this Stipulation, the parties have not waived and expressly retain all claims, defenses and arguments whether procedural, substantive or otherwise, and are without prejudice to any subsequent motion to stay this action, and this Order is entered without prejudice to the rights of any party to apply for a modification of this Order for good cause.

IT IS SO STIPULATED.

DATED: October 30, 2007                HELLER EHRMAN LLP


                                       _____/s/ Monica Patel_____
                                       SARA BRODY
                                       CAROL LYNN THOMPSON
                                       MONICA PATEL
                                       DANIEL KAUFMAN

                                       Attorneys for Defendants
                                       SONIC SOLUTIONS, DAVID C.
                                       HABIGER, ROBERT J. DORIS, A. CLAY
                                       LEIGHTON, MARY C. SAUER and MARK
                                       ELY

*I, Monica Patel, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Setting Schedule. In compliance with General Order 45, X.B., I hereby attest that Shawn A. Williams of Coughlin Stoia Geller Rudman & Robbins LLP has concurred in this filing.*


DATED: October 30, 2007                COUGHLIN STOIA GELLER RUDMAN &
                                       ROBBINS LLP
                                       JOHN K. GRANT
                                       SHAWN A. WILLIAMS
                                       MONIQUE C. WINKLER
                                       AELISH M. BAIG
                                       100 Pine Street, Suite 2600
                                       San Francisco, CA 94111
                                       Telephone: 415/288-4545
                                       415/288-4534 (fax)


                                       _____/s/ Shawn A. Williams_____
                                       SHAWN A. WILLIAMS

2
STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE
CASE NO.: C 07 5111(MJJ)

| | |
|---|---|
| 1 | COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| 2 | TRAVIS E. DOWNS III |
| 3 | KATHLEEN A. HERKENHOFF<br>BENNY C. GOODMAN III |
| 4 | MARY LYNNE CALKINS<br>655 West Broadway, Suite 1900 |
| 5 | San Diego, CA  92101<br>Telephone:  619/231-1058 |
| 6 | 619/231-7423 (fax) |

\*     \*     \*

# O R D E R

PURSUANT TO STIPULATION SETTING SCHEDULE, IT IS SO ORDERED.

DATED: _____          _____
                                                                                      The Honorable Martin J. Jenkins
                                                                                      United States District Judge