1  SARA B. BRODY (Bar No. 130222)
2  CAROL LYNN THOMPSON (Bar No. 148079)
   MONICA PATEL (Bar No. 220825)
3  DANIEL KAUFMAN (Bar No. 246041)
   HELLER EHRMAN LLP
4  333 Bush Street
   San Francisco, CA  94104-2878
5  Telephone: (415) 772-6000
6  Facsimile: (415) 772-6268
   Sara.Brody@hellerehrman.com
7  CarolLynn.Thompson@hellerehrman.com
8  Monica.Patel@hellerehrman.com
   Daniel.Kaufman@hellerehrman.com
9
   Attorneys for Defendants
10 SONIC SOLUTIONS, DAVID C. HABIGER,
   ROBERT J. DORIS, A. CLAY LEIGHTON,
11 MARY C. SAUER and MARK ELY
12
13
                UNITED STATES DISTRICT COURT
14
                NORTHERN DISTRICT OF CALIFORNIA
15

| | |
|---|---|
| CITY OF WESTLAND POLICE AND FIRE RETIREMENT SYSTEM, On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SONIC SOLUTIONS, DAVID C. HABIGER, ROBERT J. DORIS, A. CLAY LEIGHTON, MARY C. SAUER and MARK ELY,<br><br>Defendants. | Case No.: C 07 5111(MJJ)<br><br>CLASS ACTION<br><br>STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE |

1  WHEREAS, City of Westland Police and Fire Retirement System (hereafter "plaintiff") filed the complaint in the above-captioned class action on October 4, 2007, against Sonic Solutions and certain of its officers and directors (collectively "defendants");

WHEREAS, defendants' answer(s) or other response(s) to the above-captioned class action complaint are currently due on November 5, 2007;

WHEREAS, any plaintiff wishing to be Lead Plaintiff in this action must file a request with the Court to be appointed Lead Plaintiff by December 3, 2007 pursuant to the Private Securities Litigation Reform Act of 1995;

WHEREAS, at a date on or some time after December 3, 2007 the Court is expected to appoint Lead Plaintiff such that Lead Plaintiff is currently unknown;

WHEREAS, plaintiff and defendants, after meeting and conferring, agree that judicial economy will be served by the entry of a schedule for the filing of defendants' answer(s) or other response(s) to the complaint.

THEREFORE, IT IS STIPULATED AND AGREED by plaintiff and defendants, through their respective counsel of record, as follows:

1.  Defendants will not be required to file and serve any answer(s) or other response(s) to the complaint in the above-captioned class action until at least 30 days after Lead Plaintiff has been appointed by the Court.

2.  Upon the Court's appointment of Lead Plaintiff, defendants intend to meet and confer with Lead Plaintiff about whether Lead Plaintiff will file a consolidated or amended complaint. Should Lead Plaintiff intend to file a consolidated or amended complaint, then it is defendants' position that no answer(s) or response(s) shall be due until after the consolidated or amended complaint is filed.

//
//
//
//
//

1
STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE
CASE NO.: C 07 5111(MJJ)

3. By executing this Stipulation, the parties have not waived and expressly retain all claims, defenses and arguments whether procedural, substantive or otherwise, and are without prejudice to any subsequent motion to stay this action, and this Order is entered without prejudice to the rights of any party to apply for a modification of this Order for good cause.

IT IS SO STIPULATED.

DATED:  October 30, 2007                HELLER EHRMAN LLP


                                        _____/s/ Monica Patel_____
                                        SARA BRODY
                                        CAROL LYNN THOMPSON
                                        MONICA PATEL
                                        DANIEL KAUFMAN

                                        Attorneys for Defendants
                                        SONIC SOLUTIONS, DAVID C.
                                        HABIGER, ROBERT J. DORIS, A. CLAY
                                        LEIGHTON, MARY C. SAUER and MARK
                                        ELY

*I, Monica Patel, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Setting Schedule. In compliance with General Order 45, X.B., I hereby attest that Shawn A. Williams of Coughlin Stoia Geller Rudman & Robbins LLP has concurred in this filing.*


DATED:  October 30, 2007                COUGHLIN STOIA GELLER RUDMAN &
                                        ROBBINS LLP
                                        JOHN K. GRANT
                                        SHAWN A. WILLIAMS
                                        MONIQUE C. WINKLER
                                        AELISH M. BAIG
                                        100 Pine Street, Suite 2600
                                        San Francisco, CA  94111
                                        Telephone:  415/288-4545
                                        415/288-4534 (fax)



                                        _____/s/ Shawn A. Williams_____
                                        SHAWN A. WILLIAMS

2
STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE
CASE NO.:  C 07 5111(MJJ)

| | |
|---|---|
| 1 | COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| 2 | TRAVIS E. DOWNS III |
| 3 | KATHLEEN A. HERKENHOFF |
| | BENNY C. GOODMAN III |
| 4 | MARY LYNNE CALKINS |
| | 655 West Broadway, Suite 1900 |
| 5 | San Diego, CA  92101 |
| | Telephone:  619/231-1058 |
| 6 | 619/231-7423 (fax) |

\*   \*   \*

**O R D E R**

PURSUANT TO STIPULATION SETTING SCHEDULE, IT IS SO ORDERED.

DATED: _____11/01/07_____   _____
The Honorable Martin J. Jenkins
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — signature of Judge Martin J. Jenkins]*

3

STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE
CASE NO.:  C 07 5111(MJJ)