COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS (213113)
JOHN K. GRANT (169813)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@csgrr.com
johng@csgrr.com
   – and –
DARREN J. ROBBINS (168593)
RAMZI ABADOU (222567)                    LABATON SUCHAROW LLP
655 West Broadway, Suite 1900            CHRISTOPHER J. KELLER
San Diego, CA 92101-3301                 ANDREI V. RADO
Telephone: 619/231-1058                  ALLEN I. ELLMAN
619/231-7423 (fax)                       140 Broadway, 34th Floor
darrenr@csgrr.com                        New York, NY 10005
ramzia@csgrr.com                         Telephone: 212/907-0700
                                         212/818-0477 (fax)
                                         arado@labaton.com

[Proposed] Lead Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CITY OF WESTLAND POLICE AND FIRE RETIREMENT SYSTEM, On Behalf of Itself and All Others Similarly Situated, | ) ) ) | No. 3:07-cv-05111-MJJ |
| | ) | CLASS ACTION |
| Plaintiff, | ) ) | THE RETIREMENT FUNDS' NOTICE OF |
| vs. | ) ) ) | MOTION AND MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF THEIR SELECTION |
| SONIC SOLUTIONS, et al., | ) ) | OF LEAD COUNSEL |
| Defendants. | ) ) ) | DATE:    January 15, 2007 TIME:    9:30 a.m. CTRM:    11, 19 Floor |
| | ) | The Honorable Martin J. Jenkins |

1    PLEASE TAKE NOTICE that on January 15, 2007, at 9:30 a.m., in the Courtroom of the

2    Honorable Martin J. Jenkins, Courtroom 11, 19th Floor, United States District Court for the

3    Northern District of California, putative class members City of Westland Police and Fire Retirement

4    System and Plymouth County Retirement System (the "Retirement Funds") will, and hereby do,

5    move this Court under §21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-

6    4(a)(3)(B), for an Order (attached hereto as Exhibit A) appointing them as Lead Plaintiff and

7    approving their selection of Coughlin Stoia Geller Rudman & Robbins LLP and Labaton Sucharow

8    LLP as Lead Counsel.  This Motion is made on the grounds that the Retirement Funds are the "most

9    adequate plaintiff" to serve as lead plaintiff.  In support of this Motion, the Retirement Funds submit

10   herewith a Memorandum of Law and Declaration of Ramzi Abadou dated December 3, 2007.

11   DATED:  December 3, 2007              COUGHLIN STOIA GELLER
                                            RUDMAN & ROBBINS LLP
12                                         DARREN J. ROBBINS
                                          RAMZI ABADOU
13

14
                                                 s/ Ramzi Abadou
15                                        ─────────────────────────
                                               RAMZI ABADOU
16
                                          655 West Broadway, Suite 1900
17                                        San Diego, CA  92101-3301
                                          Telephone:  619/231-1058
18                                        619/231-7423 (fax)

19                                        COUGHLIN STOIA GELLER
                                            RUDMAN & ROBBINS LLP
20                                        SHAWN A. WILLIAMS
                                          JOHN K. GRANT
21                                        100 Pine Street, 26th Floor
                                          San Francisco, CA  94111
22                                        Telephone:  415/288-4545
                                          415/288-4534 (fax)
23
                                          LABATON SUCHAROW LLP
24                                        CHRISTOPHER J. KELLER
                                          ANDREI V. RADO
25                                        ALLEN I. ELLMAN
                                           140 Broadway, 34th Floor
26                                        New York, NY  10005
                                          Telephone:  212/907-0700
27                                        212/818-0477 (fax)

     S:\CasesSD\Sonic Solutions Secs\NOT00047577-LP.doc        [Proposed] Lead Counsel for Plaintiff
28

THE RETIREMENT FUNDS' NOTICE OF MOT AND MOT FOR APPOINTMENT AS
LEAD PLTF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL - 3:07-cv-05111-MJJ        - 1 -

1

<u>CERTIFICATE OF SERVICE</u>

2

      I hereby certify that on December 3, 2007, I electronically filed the foregoing with the Clerk

3

of the Court using the CM/ECF system which will send notification of such filing to the e-mail

4

addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5

mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6

participants indicated on the attached Manual Notice List.

7

      I certify under penalty of perjury under the laws of the United States of America that the

8

foregoing is true and correct.  Executed on December 3, 2007.

9

10

                   s/ Ramzi Abadou
                   RAMZI ABADOU

11

                   COUGHLIN STOIA GELLER

12

                        RUDMAN & ROBBINS LLP
                   655 West Broadway, Suite 1900

13

                   San Diego, CA  92101-3301
                   Telephone:  619/231-1058

14

                   619/231-7423 (fax)

15

                   E-mail: RamziA@csgrr.com

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 3:07-cv-05111-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **John K. Grant**
  johnkg@csgrr.com,JDecena@csgrr.com,khuang@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.c

- **Monica Patel**
  monica.patel@hellerehrman.com,amy.barth@hellerehrman.com,elsa.pulido@hellerehrman.com,ga

- **Darren Jay Robbins**
  e_file_sd@csgrr.com

- **Shawn A. Williams**
  shawnw@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,cwood@csgr

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Catherine J Kowalewski
Lerach Coughlin et al LLP
655 W Broadway #1900
San Diego, CA 92101

David C. Walton
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101-3301
```