| | |
|---|---|
| COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>SHAWN A. WILLIAMS (213113)<br>JOHN K. GRANT (169813)<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>Telephone: 415/288-4545<br>415/288-4534 (fax)<br>shawnw@csgrr.com<br>johng@csgrr.com<br>  – and –<br>DARREN J. ROBBINS (168593)<br>RAMZI ABADOU (222567)<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101-3301<br>Telephone: 619/231-1058<br>619/231-7423 (fax)<br>darrenr@csgrr.com<br>ramzia@csgrr.com | **FILED**<br>JAN 1 0 2008<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br><br>LABATON SUCHAROW LLP<br>CHRISTOPHER J. KELLER<br>ANDREI V. RADO<br>ALLEN I. ELLMAN<br>140 Broadway, 34th Floor<br>New York, NY 10005<br>Telephone: 212/907-0700<br>212/818-0477 (fax)<br>arado@labaton.com |

[Proposed] Lead Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF WESTLAND POLICE AND FIRE RETIREMENT SYSTEM, On Behalf of Itself and All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>vs.<br><br>SONIC SOLUTIONS, et al.,<br><br>                    Defendants. | No. 3:07-cv-05111-MJJ<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING THE RETIREMENT FUNDS' MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVING THEIR SELECTION OF LEAD COUNSEL |

Having considered the Retirement Funds' Motion for Appointment as Lead Plaintiff and the Memorandum of Law and Declaration of Ramzi Abadou in support thereof, and good cause appearing therefore: the Retirement Funds are hereby appointed Lead Plaintiff for the Class pursuant to §21D of the Securities Exchange Act of 1934 and Lead Plaintiff's selection of Coughlin Stoia Geller Rudman & Robbins LLP and Labaton Sucharow LLP as Lead Counsel is approved.

IT IS SO ORDERED.

DATED: 1/10/2008

THE HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

S:\CasesSD\Sonic Solutions Secs\ORD00047586-LP.doc

The January 15, 2008 hearing in this matter is VACATED.

[PROPOSED] ORDER GRANTING THE RETIREMENT FUNDS' MOT FOR APPOINTMENT AS LEAD PLTF AND APPROVING ITS SELECTION OF LEAD COUNSEL - 3:07-cv-05111-MJJ        - 1 -