SARA B. BRODY (Bar No. 130222)
CAROL LYNN THOMPSON (Bar No. 148079)
MONICA PATEL (Bar No. 220825)
DANIEL KAUFMAN (Bar No. 246041)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Sara.Brody@hellerehrman.com
CarolLynn.Thompson@hellerehrman.com
Monica.Patel@hellerehrman.com
Daniel.Kaufman@hellerehrman.com

Attorneys for Defendants
SONIC SOLUTIONS, DAVID C. HABIGER,
ROBERT J. DORIS, A. CLAY LEIGHTON,
MARY C. SAUER and MARK ELY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF WESTLAND POLICE AND FIRE RETIREMENT SYSTEM, On Behalf of Itself and All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>        v.<br><br>SONIC SOLUTIONS, DAVID C. HABIGER, ROBERT J. DORIS, A. CLAY LEIGHTON, MARY C. SAUER and MARK ELY,<br><br>                              Defendants. | Case No.: C 07 5111(MJJ)<br><br>CLASS ACTION<br><br>STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE |

1    WHEREAS, plaintiff City of Westland Police and Fire Retirement System filed the

2  complaint in the above-captioned class action on October 4, 2007, against Sonic Solutions and

3  certain of its officers and directors (collectively "Defendants");

4    WHEREAS, City of Westland Police and Fire Retirement System and Defendants entered

5  into a stipulation setting schedule which was entered as an order by this Court on November 2,

6  2007 whereby Defendants were not required to file and serve any answer(s) or other response(s) to

7  the complaint in the above-captioned class action until at least 30 days after Lead Plaintiff was

8  appointed by the Court;

9    WHEREAS, any plaintiff wishing to be Lead Plaintiff in this action was required to file a

10  request with the Court by December 3, 2007 to be appointed Lead Plaintiff pursuant to the Private

11  Securities Litigation Reform Act of 1995;

12    WHEREAS, the City of Westland Police and Fire Retirement System and Plymouth County

13  Retirement Systems jointly filed a request on December 3, 2007 to be appointed Lead Plaintiff and

14  this request was unopposed;

15    WHEREAS, on January 10, 2008 the Court appointed City of Westland Police and Fire

16  Retirement System and Plymouth County Retirement Systems as Lead Plaintiffs ("Lead Plaintiffs")

17  and Coughlin Stoia Gellman Rudman and Robbins LLP and Labaton Sucharow LLP as Lead

18  Plaintiffs' counsel;

19    WHEREAS, Lead Plaintiffs intend to file a Consolidated Amended Complaint;

20    WHEREAS, the parties, after meeting and conferring, agree that judicial economy will be

21  served by the entry of a schedule for the filing of Defendants' answer(s) or other response(s) to the

22  Consolidated Amended Complaint.

23    THEREFORE, IT IS STIPULATED AND AGREED by the parties, through their respective

24  counsel of record, as follows:

25    1.    Lead Plaintiffs will file a Consolidated Amended Complaint by February 28, 2008.

26    2.    Defendants shall file and serve answers or otherwise respond to the Consolidated

27  Amended Complaint by April 17, 2008.  In the event that Defendants file and serve any motion

28

1

directed at the complaint, Lead Plaintiffs shall file and serve an opposition by June 5, 2008.  If

Defendants file and serve a reply to Lead Plaintiffs' opposition, they will do so by July 10, 2008.

        3.     By executing this Stipulation, the parties have not waived and expressly retain all

claims, defenses and arguments whether procedural, substantive or otherwise, and are without

prejudice to any subsequent motion to stay this action, and this Order is entered without prejudice

to the rights of any party to apply for a modification of this Order for good cause.

        IT IS SO STIPULATED.

DATED:  January 16, 2008                    HELLER EHRMAN LLP


                                      /s/ Monica Patel
                    SARA BRODY
                    CAROL LYNN THOMPSON
                    MONICA PATEL
                    DANIEL KAUFMAN

                    Attorneys for Defendants
                    SONIC SOLUTIONS, DAVID C. HABIGER,
                    ROBERT J. DORIS, A. CLAY LEIGHTON,
                    MARY C. SAUER and MARK ELY


     *I, Monica Patel, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Setting Schedule.  In compliance with General Order 45, X.B., I hereby attest that John K. Grant of Coughlin Stoia Geller Rudman & Robbins LLP has concurred in this filing.*


DATED:  January 16, 2008                    COUGHLIN STOIA GELLER RUDMAN &
                    ROBBINS LLP
                    JOHN K. GRANT
                    SHAWN A. WILLIAMS
                    MONIQUE C. WINKLER
                    AELISH M. BAIG
                    100 Pine Street, Suite 2600
                    San Francisco, CA  94111
                    Telephone:  (415) 288-4545
                    Facsimile:  (415) 288-4534


                                  /s/ John K. Grant
                              JOHN K. GRANT

STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE
CASE NO.:  C 07 5111(MJJ)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COUGHLIN STOIA GELLER RUDMAN &
ROBBINS LLP
TRAVIS E. DOWNS III
KATHLEEN A. HERKENHOFF
BENNY C. GOODMAN III
MARY LYNNE CALKINS
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  (619) 231-1058
Facsimile:  (619) 231-7423

LABATON SUCHAROW LLP
CHRISTOPHER J. KELLER
ANDREI V. RADO
ALLEN I. ELLMAN
140 Broadway, 34th Floor
New York, NY 10005
Telephone:  (212) 907-0700
Facsimile:  (212) 818-0477

Attorneys for Lead Plaintiffs
CITY OF WESTLAND POLICE
AND FIRE RETIREMENT
SYSTEM and
PLYMOUTH COUNTY
RETIREMENT SYSTEMS

*      *      *

**O R D E R**

PURSUANT TO STIPULATION SETTING SCHEDULE, THE FOLLOWING IS SO ORDERED:

      1.      Lead Plaintiffs will file a Consolidated Amended Complaint by February 28, 2008.

      2.      Defendants shall file and serve answers or otherwise respond to the Consolidated

Amended Complaint by April 17, 2008.  In the event that Defendants file and serve any motion

directed at the complaint, Lead Plaintiffs shall file and serve an opposition by June 5, 2008.  If

Defendants file and serve a reply to Lead Plaintiffs' opposition, they will do so by July 10, 2008.

//

//

//

//

3

3.     By executing this Stipulation, the parties have not waived and expressly retain all claims, defenses and arguments whether procedural, substantive or otherwise, and are without prejudice to any subsequent motion to stay this action, and this Order is entered without prejudice to the rights of any party to apply for a modification of this Order for good cause.

DATED: _____          _____

The Honorable Martin J. Jenkins
United States District Judge

4