| | |
|---|---|
| 1 | SARA B. BRODY (Bar No. 130222) |
| 2 | CAROL LYNN THOMPSON (Bar No. 148079) |
|   | MONICA PATEL (Bar No. 220825) |
| 3 | DANIEL KAUFMAN (Bar No. 246041) |
|   | HELLER EHRMAN LLP |
| 4 | 333 Bush Street |
|   | San Francisco, CA  94104-2878 |
| 5 | Telephone: (415) 772-6000 |
|   | Facsimile: (415) 772-6268 |
| 6 | Sara.Brody@hellerehrman.com |
| 7 | CarolLynn.Thompson@hellerehrman.com |
|   | Monica.Patel@hellerehrman.com |
| 8 | Daniel.Kaufman@hellerehrman.com |
| 9 | Attorneys for Defendants |
|   | SONIC SOLUTIONS, DAVID C. HABIGER, |
| 10 | ROBERT J. DORIS, A. CLAY LEIGHTON, |
|    | MARY C. SAUER and MARK ELY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF WESTLAND POLICE AND FIRE RETIREMENT SYSTEM, On Behalf of Itself and All Others Similarly Situated, | Case No.: C 07 5111(MJJ) |
|  | <u>CLASS ACTION</u> |
| Plaintiff, | STIPULATION AND [▆▆▆▆] ORDER SETTING SCHEDULE |
| v. | |
| SONIC SOLUTIONS, DAVID C. HABIGER, ROBERT J. DORIS, A. CLAY LEIGHTON, MARY C. SAUER and MARK ELY, | |
| Defendants. | |

1 | WHEREAS, plaintiff City of Westland Police and Fire Retirement System filed the complaint in the above-captioned class action on October 4, 2007, against Sonic Solutions and certain of its officers and directors (collectively "Defendants");

WHEREAS, City of Westland Police and Fire Retirement System and Defendants entered into a stipulation setting schedule which was entered as an order by this Court on November 2, 2007 whereby Defendants were not required to file and serve any answer(s) or other response(s) to the complaint in the above-captioned class action until at least 30 days after Lead Plaintiff was appointed by the Court;

WHEREAS, any plaintiff wishing to be Lead Plaintiff in this action was required to file a request with the Court by December 3, 2007 to be appointed Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995;

WHEREAS, the City of Westland Police and Fire Retirement System and Plymouth County Retirement Systems jointly filed a request on December 3, 2007 to be appointed Lead Plaintiff and this request was unopposed;

WHEREAS, on January 10, 2008 the Court appointed City of Westland Police and Fire Retirement System and Plymouth County Retirement Systems as Lead Plaintiffs ("Lead Plaintiffs") and Coughlin Stoia Gellman Rudman and Robbins LLP and Labaton Sucharow LLP as Lead Plaintiffs' counsel;

WHEREAS, Lead Plaintiffs intend to file a Consolidated Amended Complaint;

WHEREAS, the parties, after meeting and conferring, agree that judicial economy will be served by the entry of a schedule for the filing of Defendants' answer(s) or other response(s) to the Consolidated Amended Complaint.

THEREFORE, IT IS STIPULATED AND AGREED by the parties, through their respective counsel of record, as follows:

1. Lead Plaintiffs will file a Consolidated Amended Complaint by February 28, 2008.

2. Defendants shall file and serve answers or otherwise respond to the Consolidated Amended Complaint by April 17, 2008. In the event that Defendants file and serve any motion

1  directed at the complaint, Lead Plaintiffs shall file and serve an opposition by June 5, 2008. If
2  Defendants file and serve a reply to Lead Plaintiffs' opposition, they will do so by July 10, 2008.
3      3.    By executing this Stipulation, the parties have not waived and expressly retain all
4  claims, defenses and arguments whether procedural, substantive or otherwise, and are without
5  prejudice to any subsequent motion to stay this action, and this Order is entered without prejudice
6  to the rights of any party to apply for a modification of this Order for good cause.
7      IT IS SO STIPULATED.

DATED: January 16, 2008          HELLER EHRMAN LLP

                                /s/ Monica Patel
                                SARA BRODY
                                CAROL LYNN THOMPSON
                                MONICA PATEL
                                DANIEL KAUFMAN

                                Attorneys for Defendants
                                SONIC SOLUTIONS, DAVID C. HABIGER,
                                ROBERT J. DORIS, A. CLAY LEIGHTON,
                                MARY C. SAUER and MARK ELY

    I, Monica Patel, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Setting Schedule. In compliance with General Order 45, X.B., I hereby attest that John K. Grant of Coughlin Stoia Geller Rudman & Robbins LLP has concurred in this filing.

DATED: January 16, 2008          COUGHLIN STOIA GELLER RUDMAN &
                                ROBBINS LLP
                                JOHN K. GRANT
                                SHAWN A. WILLIAMS
                                MONIQUE C. WINKLER
                                AELISH M. BAIG
                                100 Pine Street, Suite 2600
                                San Francisco, CA 94111
                                Telephone: (415) 288-4545
                                Facsimile: (415) 288-4534

                                  /s/ John K. Grant
                                JOHN K. GRANT

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
KATHLEEN A. HERKENHOFF
BENNY C. GOODMAN III
MARY LYNNE CALKINS
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  (619) 231-1058
Facsimile:  (619) 231-7423

LABATON SUCHAROW LLP
CHRISTOPHER J. KELLER
ANDREI V. RADO
ALLEN I. ELLMAN
140 Broadway, 34th Floor
New York, NY 10005
Telephone:  (212) 907-0700
Facsimile:  (212) 818-0477

Attorneys for Lead Plaintiffs
CITY OF WESTLAND POLICE
AND FIRE RETIREMENT
SYSTEM and
PLYMOUTH COUNTY
RETIREMENT SYSTEMS

\*   \*   \*

**O R D E R**

PURSUANT TO STIPULATION SETTING SCHEDULE, THE FOLLOWING IS SO ORDERED:

1.  Lead Plaintiffs will file a Consolidated Amended Complaint by February 28, 2008.

2.  Defendants shall file and serve answers or otherwise respond to the Consolidated Amended Complaint by April 17, 2008.  In the event that Defendants file and serve any motion directed at the complaint, Lead Plaintiffs shall file and serve an opposition by June 5, 2008.  If Defendants file and serve a reply to Lead Plaintiffs' opposition, they will do so by July 10, 2008.

//
//
//
//

3

STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE
CASE NO.:  C 07 5111(MJJ)

3.   By executing this Stipulation, the parties have not waived and expressly retain all claims, defenses and arguments whether procedural, substantive or otherwise, and are without prejudice to any subsequent motion to stay this action, and this Order is entered without prejudice to the rights of any party to apply for a modification of this Order for good cause.

DATED:   1/23/2008                              _____
                                                                 The Honorable Martin J. Jenkins
                                                                 United States District Judge

---

4
STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE
CASE NO.:  C 07 5111(MJJ)