1  COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2  SHAWN A. WILLIAMS (213113)
   JOHN K. GRANT (169813)
3  CHRISTOPHER M. WOOD (254908)
   100 Pine Street, Suite 2600
4  San Francisco, CA  94111
   Telephone:  415/288-4545
5  415/288-4534 (fax)
   shawnw@csgrr.com
6  johng@csgrr.com
   cwood@csgrr.com
7
   LABATON SUCHAROW LLP
8  CHRISTOPHER J. KELLER
   JONATHAN GARDNER
9  140 Broadway, 34th Floor
   New York, NY  10005
10 Telephone:  212/907-0700
   212/818-0477 (fax)
11 ckeller@labaton.com
   jgardner@labaton.com
12
   Co-Lead Counsel for Plaintiffs
13
   [Additional counsel appear on signature page.]

14

UNITED STATES DISTRICT COURT

15

NORTHERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| CITY OF WESTLAND POLICE AND FIRE RETIREMENT SYSTEM, On Behalf of Itself and All Others Similarly Situated, | ) No. C 07-05111-JSW ) ) <u>CLASS ACTION</u> |
| Plaintiff, | ) ) STIPULATION AND [PROPOSED] ORDER |
| vs. | ) REVISING SCHEDULE FOR FILING OF ) LEAD PLAINTIFFS' CONSOLIDATED |
| SONIC SOLUTIONS, et al., | ) AMENDED COMPLAINT, SETTING ) BRIEFING SCHEDULE, AND |
| Defendants. | ) RESCHEDULING CASE MANAGEMENT ) CONFERENCE |

WHEREAS, plaintiff City of Westland Police and Fire Retirement System filed the complaint in the above-captioned class action on October 4, 2007, against Sonic Solutions and certain of its officers and directors (collectively, "Defendants");

WHEREAS, on January 10, 2008, Judge Martin J. Jenkins appointed City of Westland Police and Fire Retirement System and Plymouth County Retirement Systems as Lead Plaintiffs ("Lead Plaintiffs") and Coughlin Stoia Geller Rudman & Robbins LLP and Labaton Sucharow LLP as Lead Plaintiffs' counsel in this matter;

WHEREAS, on January 23, 2008, Judge Jenkins entered an order, pursuant to the parties' stipulation, which provided that Lead Plaintiffs would file a Consolidated Amended Complaint no later than February 28, 2008, and set a schedule for defendants to answer or otherwise respond to the Consolidated Amended Complaint;

WHEREAS, on February 15, 2008 an Order was entered reassigning this case to Judge Jeffrey S. White for all further proceedings;

WHEREAS, on February 26, 2008, the Court issued an Initial Scheduling Conference Order setting a Case Management Conference for April 11, 2008;

WHEREAS, also on February 26, 2008, Sonic Solutions filed their Form 10-K for the fiscal year ended March 31, 2007. The Form 10-K included a restatement of Sonic Solutions' financial results for prior fiscal periods to reflect, *inter alia*, "additional cash and non-cash share-based compensation expense and the associated payroll tax and other expenses relating to employee stock option grants through the second quarter of fiscal year 2007." This restatement is relevant to the claims alleged in this case;

WHEREAS, the parties agree that the interests of judicial economy are better served by extending the deadline for Lead Plaintiffs to file their Consolidated Amended Complaint until March 21, 2008, so that Lead Plaintiffs can assess the relevance of Sonic Solutions' most recent disclosures to Lead Plaintiffs' forthcoming Consolidated Amended Complaint;

WHEREAS, the parties agree that in the interest of judicial economy, good cause exists to take the initial Case Management Conference currently set for April 11, 2008 off calendar and reschedule the initial Case Management Conference for August 1, 2008.

1  IT IS THEREFORE STIPULATED AND AGREED by Lead Plaintiffs and Defendants,
2  through their respective counsel of record, subject to the Court's approval, as follows:

3  1. The date for Lead Plaintiffs to file their Consolidated Amended Complaint shall be
4  extended to March 21, 2008.

5  2. Defendants shall file and serve answers or otherwise respond to the Consolidated
6  Amended Complaint by May 5, 2008.

7  3. Lead Plaintiffs shall file an opposition to any motion directed at the complaint by
8  June 19, 2008.

9  4. Any reply to Lead Plaintiffs' opposition shall be filed by July 10, 2008.

10 5. Any motion directed at the Consolidated Amended Complaint will be set for hearing
11 on August 1, 2008.

12 6. The Case Management Conference currently set for April 11, 2008, shall be taken off
13 calendar and rescheduled for August 1, 2008 and the Case Management Conference Statement will
14 accordingly be due on July 25, 2008.

15 IT IS SO STIPULATED.

16 DATED: February 26, 2008                COUGHLIN STOIA GELLER
                                            RUDMAN & ROBBINS LLP
17                                          SHAWN A. WILLIAMS
                                            JOHN K. GRANT
18                                          CHRISTOPHER M. WOOD

19

20                                                     /s/
                                            SHAWN A. WILLIAMS
21
                                            100 Pine Street, 26th Floor
22                                          San Francisco, CA  94111
                                            Telephone:  415/288-4545
23                                          415/288-4534 (fax)

24                                          LABATON SUCHAROW LLP
                                            CHRISTOPHER J. KELLER
25                                          JONATHAN GARDNER
                                            140 Broadway, 34th Floor
26                                          New York, NY  10005
                                            Telephone:  212/907-0700
27                                          212/818-0477 (fax)

28                                          Co-Lead Counsel for Plaintiffs

|   |   |
|---|---|
|   | VANOVERBEKE MICHAUD<br>  & TIMMONY, P.C.<br>MICHAEL J. VANOVERBEKE<br>THOMAS C. MICHAUD<br>79 Alfred Street<br>Detroit, MI 48201<br>Telephone: 313/578-1200<br>313/578-1201 (fax) |
|   | Additional Counsel for Plaintiff |
| DATED: February 26, 2008 | HELLER EHRMAN LLP<br>SARA B. BRODY<br>CAROL LYNN THOMPSON<br>MONICA PATEL<br>DANIEL KAUFMAN |

                                                    /s/
                                              MONICA PATEL

333 Bush Street
San Francisco, CA 94104-2878
Telephone: 415/772-6000
415/772-6268 (fax)

Attorneys for Defendants

I, SHAWN A. WILLIAMS, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REVISING SCHEDULE FOR FILING OF LEAD PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT, SETTING BRIEFING SCHEDULE AND RESCHEDULING CASE MANAGEMENT CONFERENCE. In compliance with General Order 45, X.B., I hereby attest that Monica Patel has concurred in this filing.

DATED: February 26, 2008                              /s/
                                              SHAWN A. WILLIAMS

\*   \*   \*

**O R D E R**

PURSUANT TO STIPULATION SETTING SCHEDULE AND FOR GOOD CAUSE SHOWING, THE FOLLOWING IS SO ORDERED:

1. The date for Lead Plaintiffs to file their Consolidated Amended Complaint shall be extended to March 21, 2008.

2. Defendants shall file and serve answers or otherwise respond to the Consolidated Amended Complaint by May 5, 2008.

3. Lead Plaintiffs shall file an opposition to any motion directed at the complaint by June 19, 2008.

4. Any reply to Lead Plaintiffs' opposition shall be filed by July 10, 2008.

5. Any motion directed at the Consolidated Amended Complaint will be set for hearing on August 1, 2008.

6. The Case Management Conference currently set for April 11, 2008, shall be taken off calendar and rescheduled for August 1, 2008 and the Case Management Conference Statement will accordingly be due on July 25, 2008.

DATED: _____   _____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

T:\CasesSF\Sonic Solutions\S_O00049475.doc

CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 26, 2008.

/s/
SHAWN A. WILLIAMS

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail:ShawnW@csgrr.com

**Mailing Information for a Case 3:07-cv-05111-JSW**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzia@csgrr.com,debh@csgrr.com

- **Sara B. Brody**
  sara.brody@hellerehrman.com,terri.newman@hellerehrman.com

- **John K. Grant**
  johnkg@csgrr.com,JDecena@csgrr.com,khuang@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com

- **Monica Patel**
  monica.patel@hellerehrman.com

- **Darren Jay Robbins**
  e_file_sd@csgrr.com

- **Shawn A. Williams**
  shawnw@csgrr.com,khuang@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,travisd@csgrr.com,aelishb@csgrr.com,e_file_sd@csgrr.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Catherine J Kowalewski
Lerach Coughlin et al LLP
655 W Broadway #1900
San Diego, CA 92101

David C. Walton
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101-3301
```