1  SARA B. BRODY (Bar No. 130222)
2  CAROL LYNN THOMPSON (Bar No. 148079)
   MONICA PATEL (Bar No. 220825)
3  MATTHEW THURLOW (No. 243470)
   HELLER EHRMAN LLP
4  333 Bush Street
   San Francisco, CA  94104-2878
5  Telephone: (415) 772-6000
   Facsimile: (415) 772-6268
6  Sara.Brody@hellerehrman.com
   CarolLynn.Thompson@hellerehrman.com
7  Monica.Patel@hellerehrman.com
   Matthew.Thurlow@hellerehrman.com
8
   Attorneys for Defendants
9  SONIC SOLUTIONS, DAVID C. HABIGER,
   ROBERT J. DORIS, A. CLAY LEIGHTON,
10 MARY C. SAUER and MARK ELY

11
                    UNITED STATES DISTRICT COURT
12
                    NORTHERN DISTRICT OF CALIFORNIA
13

14

15 CITY OF WESTLAND POLICE AND FIRE        Case No.: C 07 5111(JSW)
16 RETIREMENT SYSTEM, On Behalf of Itself
   and All Others Similarly Situated,       CLASS ACTION
17
                                            DEFENDANT SONIC SOLUTIONS'
18                                Plaintiff, FED. R. CIV. P. 7.1 DISCLOSURE
                                            STATEMENT AND DEFENDANTS
19       v.                                 SONIC SOLUTIONS, DAVID C.
                                            HABIGER, ROBERT J. DORIS, A.
20 SONIC SOLUTIONS, DAVID C. HABIGER,       CLAY LEIGHTON, MARY C. SAUER
21 ROBERT J. DORIS, A. CLAY LEIGHTON,       AND MARK ELY'S LOCAL RULE 3-
   MARY C. SAUER and MARK ELY,              16 CERTIFICATION
22
23                              Defendants.

24

25

26

27       Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Sonic Solutions hereby

28 certifies that it does not have a parent corporation.  Defendant Sonic Solutions further

                                            1
DEFENDANT'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT AND DEFENDANTS' LOCAL RULE 3-16 CERTIFICATION
CASE NO.: C-07-05111 (JSW)

certifies that it reported in its Form 10-K filed with the U.S. Securities and Exchange Commission ("SEC") on February 26, 2008 that as of February 15, 2008 the following investment firms beneficially owned 10% or more of Sonic Solutions' common stock:

1. William Blair & Company, L.L.C.
2. Royce and Associates

Pursuant to Civil Local Rule 3-16, Defendants Sonic Solution, David C. Habiger, Robert J. Doris, A. Clay Leighton, Mary C. Sauer and Mark Ely hereby certify that other than the named parties in this action, no other persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.  Defendant Sonic Solutions further certifies and discloses pursuant to Civil Local Rule 3-16 that it reported in its Form 10-K filed with the SEC on February 26, 2008 that as of February 15, 2008 William Blair & Company, L.L.C. and Royce and Associates, investment firms, each beneficially owned 10% or more of Defendant Sonic Solutions' common stock.

DATED:  March 20, 2008                    HELLER EHRMAN LLP


                                          /s/ Monica Patel
                                          SARA BRODY
                                          CAROL LYNN THOMPSON
                                          MONICA PATEL
                                          MATTHEW THURLOW

                                          Attorneys for Defendants
                                          SONIC SOLUTIONS, DAVID C.
                                          HABIGER, ROBERT J. DORIS, A. CLAY
                                          LEIGHTON, MARY C. SAUER and
                                          MARK ELY