UNITED STATES DISTRICT COURT

Northern District of California

City of Westland Police and Fire
Retirement System and Plymouth County
Retirement System,

          Plaintiff(s),

   v.

Sonic Solutions, et al.

          Defendant(s).

CASE NO. C-07-05111-JSW

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Jonathan Gardner, an active member in good standing of the bar of the state of New York, E.D.N.Y. and S.D.N.Y. whose business address and telephone number (particular court to which applicant is admitted) is

Labaton Sucharow LLP
140 Broadway, New York, NY 10005
Tel. (212) 907-0700

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Lead Plaintiff Plymouth County Retirement Syst.

     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: APR 0 8 2008

*Jeffrey S. White*
United States ~~Magistrate~~ District Judge