SARA B. BRODY (Bar No. 130222)
CAROL LYNN THOMPSON (Bar No. 148079)
MONICA PATEL (Bar No. 220825)
MATTHEW D. THURLOW (Bar No. 243470)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Sara.Brody@hellerehrman.com
CarolLynn.Thompson@hellerehrman.com
Monica.Patel@hellerehrman.com
Matthew.Thurlow@hellerehrman.com

Attorneys for Defendants
SONIC SOLUTIONS, DAVID C. HABIGER,
ROBERT J. DORIS, A. CLAY LEIGHTON,
MARY C. SAUER, MARK ELY, ROBERT M. GREBER,
PETER J. MARGUGLIO and R. WARREN LANGLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF WESTLAND POLICE AND FIRE RETIREMENT SYSTEM AND PLYMOUTH COUNTY RETIREMENT SYSTEM, On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SONIC SOLUTIONS, DAVID C. HABIGER, ROBERT J. DORIS, A. CLAY LEIGHTON, MARY C. SAUER, MARK ELY, ROBERT M. GREBER, PETER J. MARGUGLIO and R. WARREN LANGLEY,<br><br>Defendants. | Case No.: C 07 5111(JSW)<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE AND ENLARGEMENT OF PAGE LIMITATIONS**<br><br>The Honorable Jeffrey S. White |

WHEREAS, Lead Plaintiffs, City of Westland Police and Fire Retirement System and Plymouth County Retirement System (collectively "Lead Plaintiffs"), have filed a Consolidated

Class Action Complaint (the "Complaint"), asserting claims against defendants Sonic Solutions ("Sonic Solutions"), David C. Habiger, Robert J. Doris, A. Clay Leighton, Mary C. Sauer, Mark Ely, Robert M. Greber, Peter J. Marguglio, and R. Warren Langley (collectively "Defendants");

WHEREAS, pursuant to the Court's February 27, 2008 Order, Defendants' motion to dismiss the Complaint is currently due on May 5, 2008;

WHEREAS, the Complaint is 71 pages in length, includes 217 numbered paragraphs, incorporates by reference over 150 pages of supporting materials, and raises numerous legal issues concerning multiple aspects of Sonic Solutions' business;

WHEREAS, Defendants requested and Lead Plaintiffs agreed, after meeting and conferring, that judicial economy will be served by the entry of an amended schedule for the filing of Defendants' motion to dismiss the Complaint;

WHEREAS, under Civil Local Rule 7-2(b), the page limit for a motion and supporting papers is 25 pages;

WHEREAS, under Civil Local Rules 7-4(b), the page limit for opposition papers is 25 pages and the page limit for reply papers is 15 pages;

WHEREAS, in light of the length and scope of the Complaint and the complexity of the issues raised concerning Sonic Solutions' business, the parties have agreed that the page limit for the papers filed in support, opposition, and reply to the motion to dismiss the Complaint should be enlarged as set forth below.

IT IS HEREBY STIPULATED AND AGREED, BY AND AMONG THE UNDERSIGNED, ON BEHALF OF THEIR RESPECTIVE CLIENTS, SUBJECT TO COURT APPROVAL, AS FOLLOWS:

1. Defendants shall file and serve answers or otherwise respond to the Complaint by May 23, 2008. In the event that Defendants file and serve any motion directed at the Complaint, Lead Plaintiffs shall file and serve an opposition by July 18, 2008. If Defendants file and serve a reply to Lead Plaintiffs' opposition, they will do so by August 8, 2008. Subject to the Court's approval, the hearing on any motion directed at the Complaint will be set for August 22, 2008.

2.      In the event that Defendants move to dismiss the Complaint and file an omnibus brief in support thereof, the following page limits shall apply to the memoranda of points and authorities filed in support, opposition or reply to the motion to dismiss the Complaint:

| | |
|---|---|
| Defendants' brief: | 35 pages |
| Lead Plaintiffs' opposition brief: | 35 pages |
| Defendants' reply brief: | 20 pages |

Such page limits do not include the table of contents or the table of authorities.

3.      By executing this Stipulation, the parties have not waived and expressly retain all claims, defenses and arguments whether procedural, substantive or otherwise, and are without prejudice to any subsequent motion to stay this action, and this Order is entered without prejudice to the rights of any party to apply for a modification of this Order for good cause.

**IT IS SO STIPULATED AND AGREED.**

Dated: April 21, 2008                           HELLER EHRMAN LLP


By:  _____/s/ Monica Patel_____
         Monica Patel
Attorneys for Defendants
SONIC SOLUTIONS, DAVID C. HABIGER,
ROBERT J. DORIS, A. CLAY LEIGHTON, MARY
C. SAUER, MARK ELY, ROBERT M. GREBER,
PETER J. MARGUGLIO & R. WARREN LANGLEY

*I, Monica Patel, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Re Briefing Schedule and Enlargement of Page Limitations. In compliance with General Order 45, X.B., I hereby attest that Christopher M. Wood of Coughlin Stoia Geller Rudman & Robbins LLP has concurred in this filing.*

Dated: April 21, 2008                           COUGHLIN STOIA GELLER RUDMAN &
                                                                     ROBBINS LLP

                                                                LABATON SUCHAROW LLP


By:  _____/s/ Christopher M. Wood_____
         Christopher M. Wood
         Co-Lead Counsel for Plaintiffs

3
STIP. AND [PROPOSED] ORDER RE BRIEFING SCHEDULE AND ENLARGEMENT OF PAGE LIMITATIONS
CASE NO.:  C 07 5111(JSW)

\* \* \*

**O R D E R**

PURSUANT TO STIPULATION, THE FOLLOWING IS SO ORDERED:

    1.    Defendants shall file and serve answers or otherwise respond to the Complaint by May 23, 2008.  In the event that Defendants file and serve any motion directed at the Complaint, Lead Plaintiffs shall file and serve an opposition by July 18, 2008.  If Defendants file and serve a reply to Lead Plaintiffs' opposition, they will do so by August 8, 2008.  The hearing on any motion directed at the Complaint will be set for August 22, 2008.

    2.    In the event that Defendants move to dismiss the Complaint and file an omnibus brief in support thereof, the following page limits shall apply to the memoranda of points and authorities filed in support, opposition or reply to the motion to dismiss the Complaint:

| | |
|---|---|
| Defendants' brief: | 35 pages |
| Lead Plaintiffs' opposition brief: | 35 pages |
| Defendants' reply brief: | 20 pages |

Such page limits do not include the table of contents or the table of authorities.

    3.    The parties have not waived and expressly retain all claims, defenses and arguments whether procedural, substantive or otherwise, and are without prejudice to any subsequent motion to stay this action, and this Order is entered without prejudice to the rights of any party to apply for a modification of this Order for good cause.

DATED: _____

                                                                              The Hon. Jeffrey S. White
United States District Judge

STIP. AND [PROPOSED] ORDER RE BRIEFING SCHEDULE AND ENLARGEMENT OF PAGE LIMITATIONS
CASE NO.:  C 07 5111(JSW)