IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF WESTLAND POLICE AND FIRE RETIREMENT SYSTEM, et al.<br><br>Plaintiffs,<br><br>v.<br><br>SONIC SOLUTIONS, et al.<br><br>Defendants. | No. C 07-05111 JSW<br><br>**ORDER GRANTING, IN PART, STIPULATION RE BRIEFING SCHEDULE AND ENLARGEMENT OF PAGE LIMITATIONS** |

The Court has received the parties' stipulation in which they seek to enlarge the deadline by which Defendants must file a motion to dismiss to Plaintiffs' Consolidated Class Action Complaint ("Complaint") from May 5, 2008 to May 23, 2008. The parties also seek to enlarge the page limitations allowed by the Local Rules, and by extension, this Court's Standing Order 6, which provides:

> All briefs, whether in support of, in opposition to, or in reply to any motion, **with the exception of summary judgment motions** and claims construction briefs, **may not exceed fifteen pages in length**, exclusive of title pages, indices of cases, table of contents, exhibits, and summaries of argument, if required. All declarations shall be filed as separate documents. Briefs exceeding ten pages in length must contain an additional one-page summary of argument, including reference to any important cases cited.

The Court finds good cause to grant the parties' stipulation regarding the page limitations, but the Court reminds the parties to familiarize themselves with this Court's Standing Orders.

The parties previously stipulated to a briefing schedule and hearing date, and the Court set the matter down for hearing on August 15, 2008.  The parties seek an enlargement of the briefing schedule and deviate from the briefing schedule called for under the Local Rules.  Rather, the parties' have stipulated that Plaintiffs shall have eight weeks to prepare their opposition brief upon receipt of Defendants' motion, and Defendants shall have three weeks to prepare their reply brief upon receipt of the opposition.  The parties then propose to set the motion for a hearing on August 22, 2008.  The Court too shall deviate from the Local Rules and HEREBY CONTINUES the hearing on the motion from August 15, 2008, to September 5, 2008 at 9:00 a.m.

The case management conference currently scheduled for August 15, 2008, also is continued to September 5, 2008, immediately following the hearing on the motion to dismiss.  The parties' joint case management conference statement shall be due on August 29, 2008.

**IT IS SO ORDERED.**

Dated: April 22, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE