| | |
|---|---|
| 1 | SARA B. BRODY (Bar No. 130222) |
| 2 | CAROL LYNN THOMPSON (Bar No. 148079) |
|   | MONICA PATEL (Bar No. 220825) |
| 3 | MATTHEW D. THURLOW (Bar No. 243470) |
|   | HELLER EHRMAN LLP |
| 4 | 333 Bush Street |
|   | San Francisco, CA 94104-2878 |
| 5 | Telephone: (415) 772-6000 |
| 6 | Facsimile: (415) 772-6268 |
|   | Sara.Brody@hellerehrman.com |
| 7 | CarolLynn.Thompson@hellerehrman.com |
|   | Monica.Patel@hellerehrman.com |
| 8 | Matthew.Thurlow@hellerehrman.com |
| 9 | Attorneys for Defendants |
|   | SONIC SOLUTIONS, DAVID C. HABIGER, |
| 10 | ROBERT J. DORIS, A. CLAY LEIGHTON, |
|   | MARY C. SAUER, MARK ELY, ROBERT M. GREBER, |
| 11 | PETER J. MARGUGLIO and R. WARREN LANGLEY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF WESTLAND POLICE AND FIRE RETIREMENT SYSTEM AND PLYMOUTH COUNTY RETIREMENT SYSTEM, On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SONIC SOLUTIONS, DAVID C. HABIGER, ROBERT J. DORIS, A. CLAY LEIGHTON, MARY C. SAUER, MARK ELY, ROBERT M. GREBER, PETER J. MARGUGLIO and R. WARREN LANGLEY,<br><br>Defendants. | Case No.: C 07 5111(JSW)<br><br><u>CLASS ACTION</u><br><br>**JOINT REQUEST FOR CLARIFICATION AND [PROPOSED] ORDER RE COURT'S APRIL 22, 2008 ORDER SETTING BRIEFING SCHEDULE**<br><br>The Honorable Jeffrey S. White |

JOINT REQUEST FOR CLARIFICATION AND [PROPOSED] ORDER RE COURT'S APRIL 22, 2008 ORDER SETTING BRIEFING SCHEDULE
CASE NO.: C 07 5111(JSW)

The parties jointly request that the Court clarify its April 22, 2008 Order granting, in part, the parties' stipulation regarding briefing schedule and enlargement of page limitations (hereafter "Order").

The parties filed a stipulation on April 21, 2008, in which they agreed, subject to Court approval, to amend their briefing schedule as follows:

> 1.  Defendants shall file and serve answers or otherwise respond to the Complaint by May 23, 2008. In the event that Defendants file and serve any motion directed at the Complaint, Lead Plaintiffs shall file and serve an opposition by July 18, 2008. If Defendants file and serve a reply to Lead Plaintiffs' opposition, they will do so by August 8, 2008.

In its Order, the Court moved the hearing on the motion to dismiss and the case management conference from August 15, 2008, to September 5, 2008 at 9:00 a.m., and further ordered that the parties' joint case management conference statement be filed on August 29, 2008. The Court also noted the parties' proposed amended briefing schedule, but did not expressly adopt the amended briefing schedule in its Order.

Accordingly, the parties hereby respectfully request that the Court clarify its Order, and amend the parties' briefing schedule as follows:

- Defendants shall file and serve answers or otherwise respond to the Complaint by May 23, 2008.
- In the event that Defendants file and serve any motion directed at the Complaint, Lead Plaintiffs shall file and serve an opposition by July 18, 2008.
- Defendants shall file and serve a reply to Lead Plaintiffs' opposition, if any, by August 8, 2008.

Dated: May 2, 2008

Respectfully submitted,
HELLER EHRMAN LLP

By: _____/s/ Monica Patel_____
Monica Patel
Attorneys for Defendants
SONIC SOLUTIONS, DAVID C. HABIGER, ROBERT J. DORIS, A. CLAY LEIGHTON, MARY C. SAUER, MARK ELY, ROBERT M. GREBER, PETER J. MARGUGLIO & R. WARREN LANGLEY

*I, Monica Patel, am the ECF user whose ID and password are being used to file this Joint Request for Clarification and [Proposed] Order Re Court's April 22, 2008 Order Setting Briefing Schedule. In compliance with General Order 45, X.B., I hereby attest that Christopher M. Wood of Coughlin Stoia Geller Rudman & Robbins LLP has concurred in this filing.*

Dated: May 2, 2008

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

LABATON SUCHAROW LLP

By:   /s/ Christopher M. Wood
         Christopher M. Wood
         Co-Lead Counsel for Plaintiffs

\*   \*   \*

**O R D E R**

THE FOLLOWING IS SO ORDERED:

Defendants shall file and serve answers or otherwise respond to the Complaint by May 23, 2008. In the event that Defendants file and serve any motion directed at the Complaint, Lead Plaintiffs shall file and serve an opposition by July 18, 2008. If Defendants file and serve a reply to Lead Plaintiffs' opposition, they will do so by August 8, 2008.

DATED: _____         _____
                                                      The Hon. Jeffrey S. White
                                                      United States District Judge

3

JOINT REQUEST FOR CLARIFICATION AND [PROPOSED] ORDER RE COURT'S APRIL 22, 2008 ORDER SETTING BRIEFING SCHEDULE
CASE NO.: C 07 5111(JSW)