SARA B. BRODY (Bar No. 130222)
CAROL LYNN THOMPSON (Bar No. 148079)
MONICA PATEL (Bar No. 220825)
MATTHEW D. THURLOW (Bar No. 243470)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Sara.Brody@hellerehrman.com
CarolLynn.Thompson@hellerehrman.com
Monica.Patel@hellerehrman.com
Matthew.Thurlow@hellerehrman.com

Attorneys for Defendants
SONIC SOLUTIONS, DAVID C. HABIGER,
ROBERT J. DORIS, A. CLAY LEIGHTON,
MARY C. SAUER, MARK ELY, ROBERT M. GREBER,
PETER J. MARGUGLIO and R. WARREN LANGLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF WESTLAND POLICE AND FIRE RETIREMENT SYSTEM AND PLYMOUTH COUNTY RETIREMENT SYSTEM, On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SONIC SOLUTIONS, DAVID C. HABIGER, ROBERT J. DORIS, A. CLAY LEIGHTON, MARY C. SAUER, MARK ELY, ROBERT M. GREBER, PETER J. MARGUGLIO and R. WARREN LANGLEY,<br><br>Defendants. | Case No.: C 07 5111(JSW)<br><br>CLASS ACTION<br><br>**JOINT REQUEST FOR CLARIFICATION AND [PROPOSED] ORDER RE COURT'S APRIL 22, 2008 ORDER SETTING BRIEFING SCHEDULE**<br><br>The Honorable Jeffrey S. White |

The parties jointly request that the Court clarify its April 22, 2008 Order granting, in part, the parties' stipulation regarding briefing schedule and enlargement of page limitations (hereafter "Order").

The parties filed a stipulation on April 21, 2008, in which they agreed, subject to Court approval, to amend their briefing schedule as follows:

> 1.    Defendants shall file and serve answers or otherwise respond to the Complaint by May 23, 2008.  In the event that Defendants file and serve any motion directed at the Complaint, Lead Plaintiffs shall file and serve an opposition by July 18, 2008.  If Defendants file and serve a reply to Lead Plaintiffs' opposition, they will do so by August 8, 2008.

In its Order, the Court moved the hearing on the motion to dismiss and the case management conference from August 15, 2008, to September 5, 2008 at 9:00 a.m., and further ordered that the parties' joint case management conference statement be filed on August 29, 2008.  The Court also noted the parties' proposed amended briefing schedule, but did not expressly adopt the amended briefing schedule in its Order.

Accordingly, the parties hereby respectfully request that the Court clarify its Order, and amend the parties' briefing schedule as follows:

- Defendants shall file and serve answers or otherwise respond to the Complaint by May 23, 2008.

- In the event that Defendants file and serve any motion directed at the Complaint, Lead Plaintiffs shall file and serve an opposition by July 18, 2008.

- Defendants shall file and serve a reply to Lead Plaintiffs' opposition, if any, by August 8, 2008.

Respectfully submitted,

Dated:  May 2, 2008                HELLER EHRMAN LLP

By:    _____/s/ Monica Patel_____
                    Monica Patel
Attorneys for Defendants
SONIC SOLUTIONS, DAVID C. HABIGER,
ROBERT J. DORIS, A. CLAY LEIGHTON, MARY
C. SAUER, MARK ELY, ROBERT M. GREBER,
PETER J. MARGUGLIO & R. WARREN LANGLEY

2

JOINT REQUEST FOR CLARIFICATION AND [PROPOSED] ORDER RE COURT'S APRIL 22, 2008 ORDER
SETTING BRIEFING SCHEDULE
CASE NO.:  C 07 5111(JSW)

1

2        *I, Monica Patel, am the ECF user whose ID and password are being used to file this Joint Request for Clarification and [Proposed] Order Re Court's April 22, 2008 Order Setting Briefing Schedule. In compliance with General Order 45, X.B., I hereby attest that Christopher M. Wood of Coughlin Stoia Geller Rudman & Robbins LLP has concurred in this filing.*

3

4    Dated: May 2, 2008                     COUGHLIN STOIA GELLER RUDMAN &
                                                              ROBBINS LLP
5
                                                       LABATON SUCHAROW LLP
6

7

8                                             By:  _____/s/ Christopher M. Wood_____
                                                              Christopher M. Wood
9                                                         Co-Lead Counsel for Plaintiffs

10                                                    *        *        *

11                                           **O R D E R**

12    THE FOLLOWING IS SO ORDERED:

13        Defendants shall file and serve answers or otherwise respond to the Complaint by May 23,

14    2008.  In the event that Defendants file and serve any motion directed at the Complaint, Lead

15    Plaintiffs shall file and serve an opposition by July 18, 2008.  If Defendants file and serve a reply to

16    Lead Plaintiffs' opposition, they will do so by August 8, 2008.

17

18

19    DATED: May 5, 2008 _____            _____
                                                              The Hon. Jeffrey S. White
20                                                       United States District Judge

21

22

23

24

25

26

27

28

JOINT REQUEST FOR CLARIFICATION AND [PROPOSED] ORDER RE COURT'S APRIL 22, 2008 ORDER
SETTING BRIEFING SCHEDULE
CASE NO.: C 07 5111(JSW)