SARA B. BRODY (Bar No. 130222)
CAROL LYNN THOMPSON (Bar No. 148079)
CECILIA Y. CHAN (Bar No. 240971)
MATTHEW D. THURLOW (Bar No. 243470)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Sara.Brody@hellerehrman.com
CarolLynn.Thompson@hellerehrman.com
Cecilia.Chan@hellerehrman.com
Matthew.Thurlow@hellerehrman.com

Attorneys for Defendants
SONIC SOLUTIONS, DAVID C. HABIGER,
ROBERT J. DORIS, A. CLAY LEIGHTON,
MARY C. SAUER, MARK ELY, ROBERT M. GREBER,
PETER J. MARGUGLIO and R. WARREN LANGLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF WESTLAND POLICE AND FIRE RETIREMENT SYSTEM AND PLYMOUTH COUNTY RETIREMENT SYSTEM, On Behalf of Itself and All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>SONIC SOLUTIONS, DAVID C. HABIGER, ROBERT J. DORIS, A. CLAY LEIGHTON, MARY C. SAUER, MARK ELY, ROBERT M. GREBER, PETER J. MARGUGLIO and R. WARREN LANGLEY,<br><br>　　　　　　　　　　Defendants. | Case No.: C 07-5111(JSW)<br><br><u>CLASS ACTION</u><br><br>DEFENDANTS ROBERT M. GREBER, PETER J. MARGUGLIO, AND R. WARREN LANGLEY'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS<br><br>Civ. L.R. 3-16 |

---

DEFENDANTS GREBER, MARGUGLIO, AND LANGLEY'S CERTIFICATE OF INTERESTED ENTITIES
CASE NO.: C 07-5111(JSW)

1  Pursuant to Civil Local Rule 3-16, Defendants Robert M. Greber, Peter J. Marguglio,
2 and R. Warren Langley hereby certify that as of this date, other than the disclosures made
3 by Sonic Solutions, Inc. on March 20, 2008 [Docket #18], there is no interest to report.

DATED: May 23, 2008                    HELLER EHRMAN LLP

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Sara Brody
                                       SARA B. BRODY
                                       CAROL LYNN THOMPSON
                                       CECILIA Y. CHAN
                                       MATTHEW D. THURLOW

                                       Attorneys for Defendants
                                       ROBERT M. GREBER, PETER J.
                                       MARGUGLIO, AND R. WARREN
                                       LANGLEY

SF 1463919 v1

---

1
DEFENDANTS GREBER, MARGUGLIO, AND LANGLEY'S CERTIFICATE OF INTERESTED ENTITIES
CASE NO.: C 07-5111(JSW)