SARA B. BRODY (Bar No. 130222)
CAROL LYNN THOMPSON (Bar No. 148079)
CECILIA Y. CHAN (Bar No. 240971)
MATTHEW D. THURLOW (Bar No. 243470)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Sara.Brody@hellerehrman.com
CarolLynn.Thompson@hellerehrman.com
Cecilia.Chan@hellerehrman.com
Matthew.Thurlow@hellerehrman.com

Attorneys for Defendants
SONIC SOLUTIONS, DAVID C. HABIGER,
ROBERT J. DORIS, A. CLAY LEIGHTON,
MARY C. SAUER, MARK ELY, ROBERT M. GREBER,
PETER J. MARGUGLIO and R. WARREN LANGLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF WESTLAND POLICE AND FIRE RETIREMENT SYSTEM AND PLYMOUTH COUNTY RETIREMENT SYSTEM, On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SONIC SOLUTIONS, DAVID C. HABIGER, ROBERT J. DORIS, A. CLAY LEIGHTON, MARY C. SAUER, MARK ELY, ROBERT M. GREBER, PETER J. MARGUGLIO and R. WARREN LANGLEY,<br><br>Defendants. | Case No.: C 07-5111(JSW)<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT<br><br>Date:        September 5, 2008<br>Time:        9:00 a.m.<br>Trial Date:   None Set<br><br>The Honorable Jeffrey S. White |

1   Defendants Sonic Solutions, David C. Habiger, Robert J. Doris, A. Clay Leighton,

2   Mary C. Sauer, Mark Ely, Robert M. Greber, Peter J. Marguglio and R. Warren Langley's

3   ("Defendants") Motion to Dismiss the Consolidated Class Action Complaint pursuant to

4   Rule 12(b)(6) of the Federal Rules of Civil Procedure came on for hearing on September 5,

5   2008, at 9:00 a.m. in this Court.  Counsel for Defendants and for Plaintiffs were in

6   attendance and presented oral arguments.  Having considered the parties' papers filed in

7   support of and in opposition to the motion, oral argument, and other pleadings and papers

8   on file herein, the Court finds the following:

9   1.   With respect to the first cause of action for violation of Section 10(b) of the

10  Securities Exchange Act of 1934 (the "Exchange Act"), Plaintiffs fail to plead facts giving

11  rise to a "cogent and compelling" inference of scienter on the part of any Individual

12  Defendant, as required by *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 127 S. Ct. 2499,

13  2510 (2007).  Because Plaintiffs have failed to plead scienter as to any of the Individual

14  Defendants, they also fail to plead scienter as to the Company.  As to Defendants Ely,

15  Greber, Langley, and Marguglio, Plaintiffs also fail to attribute any misstatement to them

16  because the Complaint does not allege with the required particularity that these Defendants

17  participated in the preparation of the challenged statements.  Nor has the Complaint

18  successfully alleged that these Defendants participated in a scheme to be held liable under

19  the theory of "scheme" liability.

20  2.   With respect to the second cause of action for violation of Section 20(a) of the

21  Exchange Act, Defendants are not liable as control persons because Plaintiffs have failed to

22  plead a predicate violation of the federal securities laws.  Moreover, Plaintiffs have failed to

23  plead with particularity facts establishing that any of the Individual Defendants exercised

24  control over the Company.

25  3.   With respect to the third cause of action for violation of Section 20A of the

26  Exchange Act, Defendants are not liable for the insider trading claims because Plaintiffs

27  have failed to plead a predicate violation of the federal securities law.  In addition, Plaintiffs

28  have not alleged that they purchased Sonic securities contemporaneously with the purported

1

1   sales of Defendants Sauer, Ely, Marguglio, Langley, and Greber.

2       **IT IS THEREFORE ORDERED** that Defendants' Motion to Dismiss is

3   **GRANTED**, and the Complaint is dismissed without leave to amend.

4

5       **IT IS SO ORDERED.**

6

7   DATED: _____

8
                                    _____
9                                        The Honorable Jeffrey S. White
                                         UNITED STATES DISTRICT JUDGE
10

11

12
    SF 1463391 v1
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS
CASE NO.:  C 07-5111(JSW)