1  SARA B. BRODY (No. 130222)
2  CAROL LYNN THOMPSON (No. 148079)
   CECILIA Y. CHAN (No. 240971)
3  MATTHEW D. THURLOW (No. 243470)
   HELLER EHRMAN LLP
4  333 Bush Street
5  San Francisco, CA  94104-2878
   Telephone: (415) 772-6000
6  Facsimile: (415) 772-6268
   SARA.BRODY@HELLEREHRMAN.COM
7  CAROLLYNN.THOMPSON@HELLEREHRMAN.COM
8  CECILIA.CHAN@HELLEREHRMAN.COM
   MATTHEW.THURLOW@HELLEREHRMAN.COM
9
10 Attorneys for Defendants
   SONIC SOLUTIONS, DAVID C. HABIGER,
11 ROBERT J. DORIS, A. CLAY LEIGHTON, MARY C. SAUER,
   MARK ELY, ROBERT M. GREBER, PETER J. MARGUGLIO
12 and R. WARREN LANGLEY
13
14             UNITED STATES DISTRICT COURT
15             NORTHERN DISTRICT OF CALIFORNIA
16

| | |
|---|---|
| CITY OF WESTLAND POLICE AND FIRE RETIREMENT SYSTEM AND PLYMOUTH COUNTY RETIREMENT SYSTEM, On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SONIC SOLUTIONS, DAVID C. HABIGER, ROBERT J. DORIS, A. CLAY LEIGHTON, MARY C. SAUER, MARK ELY, ROBERT M. GREBER, PETER J. MARGUGLIO and R. WARREN LANGLEY,<br><br>Defendants. | Case No.: C 07-5111(JSW)<br><br>CLASS ACTION<br><br>**PROOF OF SERVICE** |

PROOF OF SERVICE OF NON E-FILING PARTIES
CASE NO. 07-cv-05111-JSW

*City of Westland, et al. v. Sonic Solutions, et al.*
*USDC, Northern/Oakland Case No. C-07-05111 JSW*

### PROOF OF SERVICE ON NON E-FILING PARTIES

I, Terri Newman, declare that I am over the age of eighteen years and I am not a party to this action. My business address is 333 Bush Street, San Francisco, California 94104.

On May 27, 2008, I served the following:

**DEFENDANTS ROBERT GREBER, PETER J. MARGULIO, AND R. WARREN LANGLEY'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS;**

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;**

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT;**

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT; and**

**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT**

on the interested parties listed in this action:

| | |
|---|---|
| Jonathan Gardner<br>Labaton Sucharow LLP<br>140 Broadway<br>New York, NY 10005 | |

**[X]   BY MAIL:** I am readily familiar with the business' practice for collection and processing correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelopes were sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

[]   BY OVERNIGHT DELIVERY:  I caused such envelopes to be delivered to the above parties on the following business day by FEDERAL EXPRESS overnight

1

PROOF OF SERVICE OF NON E-FILING PARTIES
CASE NO. 07-cv-05111-JSW

1  delivery service.

2  [ ]  <u>BY FACSIMILE TRANSMISSION</u>:  I transmitted such documents by facsimile as indicated

4  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, that this declaration is executed on May 27, 2008, at San Francisco, California; and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

　　　　　　　　　　　　　　　　　　　　　　　　／s／ *Terri Newman*
　　　　　　　　　　　　　　　　　　　　　　　　　　Terri Newman