IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF WESTLAND POLICE AND FIRE RETIREMENT SYSTEM AND PLYMOUTH COUNTY RETIREMENT SYSTEM, et al.<br><br>Plaintiffs,<br><br>v.<br><br>SONIC SOLUTIONS, et al.<br><br>Defendants. | No. C 07-05111 JSW<br><br>**ORDER RE [CORRECTED] CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS** |

On May 27, 2008, Plaintiffs filed a document entitled "[Corrected] Consolidated Class Action Complaint for Violation of the Federal Securities Laws." Plaintiffs filed this "Corrected" Consolidated Complaint subsequent to the Defendants filing of a motion to dismiss the Consolidated Complaint filed on March 21, 2008. Plaintiffs have not clearly indicated the manner in which the Consolidated Complaint was "corrected," *i.e.* whether it purports to correct typographical errors or whether it substantively amends the March 21, 2008 Consolidated Complaint. Accordingly, Plaintiffs are HEREBY ORDERED to file a notice by no later than June 2, 2007, in which they address the manner in which the March 21, 2008 Consolidated Complaint has been "corrected."

**IT IS SO ORDERED.**

Dated: May 28, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE