1

2

3

4

5

6            IN THE UNITED STATES DISTRICT COURT

7

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   CITY OF WESTLAND POLICE AND FIRE
    RETIREMENT SYSTEM, et al.
10                                                    No. C 07-05111 JSW

11              Plaintiffs,
                                                      **ORDER PERMITTING FILING**
12        v.                                          **OF CORRECTED COMPLAINT**
                                                      **AND PERMITTING**
                                                      **DEFENDANTS TO FILE**
13   SONIC SOLUTIONS, et al.                          **SUPERSEDING MOTION TO**
                                                      **DISMISS**
14              Defendants.

15   _____/

16          On May 28, 2008, this Court issued an Order directing Plaintiffs' to address the manner

17   in which their consolidated complaint had been "corrected." The Court has received Plaintiff's

18   response thereto, in which Plaintiffs acknowledge that added a substantive claim to the

19   Consolidated Complaint. Plaintiffs assert that this claim was inadvertently omitted from the

20   Consolidated Complaint due to a clerical error. Defendants, as set forth in correspondence

21   submitted with Plaintiffs' response, note that the addition of a claim is an amendment but have

22   stated, in light of the Court's May 28 Order that they will defer to this Court's ruling.

23          Although Plaintiffs had included the omitted claim in their initial complaint, the proper

24   course of action would have been to file a motion to amend the Consolidated Complaint.

25   Because Plaintiffs have stated that the omission was inadvertent, in light of the liberal standards

26   set forth in Rule 15, because it does not appear that Defendants will be prejudiced by the

27   amendment given the early stages of this litigation, and because Defendants have stated that

28   they will defer to the Court's decision, the Court shall allow the filing of the Corrected

**United States District Court**
For the Northern District of California

Consolidated Class Action Complaint.

It is FURTHER ORDERED that Defendants may submit a revised, superseding, motion to dismiss by no later than June 27, 2008, which shall not exceed 35 pages. The motion to dismiss filed on May 23, 2008 is deemed moot. The briefing schedule and hearing date previously set by the Court remain in place.

**IT IS SO ORDERED.**

Dated: June 3, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

2