SARA B. BRODY (Bar No. 130222)
CAROL LYNN THOMPSON (Bar No. 148079)
CECILIA Y. CHAN (Bar No. 240971)
MATTHEW D. THURLOW (Bar No. 243470)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Sara.Brody@hellerehrman.com
CarolLynn.Thompson@hellerehrman.com
Cecilia.Chan@hellerehrman.com
Matthew.Thurlow@hellerehrman.com

Attorneys for Defendants
SONIC SOLUTIONS, DAVID C. HABIGER,
ROBERT J. DORIS, A. CLAY LEIGHTON,
MARY C. SAUER, MARK ELY, ROBERT M. GREBER,
PETER J. MARGUGLIO and R. WARREN LANGLEY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF WESTLAND POLICE AND FIRE RETIREMENT SYSTEM AND PLYMOUTH COUNTY RETIREMENT SYSTEM, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SONIC SOLUTIONS, DAVID C. HABIGER, ROBERT J. DORIS, A. CLAY LEIGHTON, MARY C. SAUER, MARK ELY, ROBERT M. GREBER, PETER J. MARGUGLIO and R. WARREN LANGLEY,<br><br>Defendants. | Case No.: C 07 5111(JSW)<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT FOR THEIR SUPERSEDING MOTION TO DISMISS THE [CORRECTED] CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>Date: September 5, 2008<br>Time: 9:00 a.m.<br>Crtrm: 2<br>Trial Date: None Set<br><br>The Honorable Jeffrey S. White |

1  Defendants' Sonic Solutions, David C. Habiger, Robert J. Doris, A. Clay Leighton,
2 Mary C. Sauer, Mark Ely, Robert M. Greber, Peter J. Marguglio and R. Warren Langley
3 (collectively, "Defendants"), Request for Judicial Notice in Support of Their Superseding
4 Motion to Dismiss the [Corrected] Consolidated Class Action Complaint, came on regularly
5 for hearing before this Court on September 5, 2008.  All parties were represented by
6 counsel.  After full consideration of the papers submitted by the parties, and oral arguments
7 of counsel, the Court finds the Defendants' request is well-founded.
8  IT IS THEREFORE ORDERED that:
9  Pursuant to Federal Rule of Evidence 201 and the incorporation by reference
10 doctrine, Defendants' Request for Judicial Notice is hereby GRANTED.

Dated: _____    _____
                                                                    The Honorable Jeffrey S. White
                                                                    UNITED STATES DISTRICT JUDGE

1
[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE
CASE NO.:  C 07 5111(JSW)