1  SARA B. BRODY (No. 130222)
   CAROL LYNN THOMPSON (No. 148079)
2  CECILIA Y. CHAN (No. 240971)
3  MATTHEW D. THURLOW (No. 243470)
   HELLER EHRMAN LLP
4  333 Bush Street
   San Francisco, CA  94104-2878
5  Telephone: (415) 772-6000
6  Facsimile: (415) 772-6268
   SARA.BRODY@HELLEREHRMAN.COM
7  CAROLLYNN.THOMPSON@HELLEREHRMAN.COM
   CECILIA.CHAN@HELLEREHRMAN.COM
8  MATTHEW.THURLOW@HELLEREHRMAN.COM
9
   Attorneys for Defendants
10 SONIC SOLUTIONS, DAVID C. HABIGER,
11 ROBERT J. DORIS, A. CLAY LEIGHTON, MARY C. SAUER,
   MARK ELY, ROBERT M. GREBER, PETER J. MARGUGLIO
12 and R. WARREN LANGLEY
13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| CITY OF WESTLAND POLICE AND FIRE RETIREMENT SYSTEM AND PLYMOUTH COUNTY RETIREMENT SYSTEM, On Behalf of Themselves and All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>      v.<br><br>SONIC SOLUTIONS, DAVID C. HABIGER, ROBERT J. DORIS, A. CLAY LEIGHTON, MARY C. SAUER, MARK ELY, ROBERT M. GREBER, PETER J. MARGUGLIO and R. WARREN LANGLEY,<br><br>                              Defendants. | Case No.: C 07-5111(JSW)<br><br>CLASS ACTION<br><br>**PROOF OF SERVICE (NON E-FILING PARTIES)** |

PROOF OF SERVICE OF NON E-FILING PARTIES
CASE NO. 07-cv-05111-JSW

*City of Westland, et al. v. Sonic Solutions, et al.*
*USDC, Northern/Oakland Case No. C-07-05111 JSW*

### PROOF OF SERVICE ON NON E-FILING PARTIES

I, Terri Newman, declare that I am over the age of eighteen years and I am not a party to this action. My business address is 333 Bush Street, San Francisco, California 94104.

On June 30, 2008, I served the following:

**DEFENDANTS' SUPERSEDING NOTICE OF MOTION AND MOTION TO DISMISS THE [CORRECTED] CONSOLIDATED CLASS ACTION COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;**

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR SUPERSEDING MOTION TO DISMISS THE [CORRECTED] CONSOLIDATED CLASS ACTION COMPLAINT;**

**[PROPOSED] ORDER GRANTING DEFENDANTS' SUPERSEDING MOTION TO DISMISS THE [CORRECTED] CONSOLIDATED CLASS ACTION COMPLAINT; and**

**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT FOR THEIR SUPERSEDING MOTION TO DISMISS THE [CORRECTED] CONSOLIDATED CLASS ACTION COMPLAINT**

on the interested parties listed in this action:

| | |
|---|---|
| Catherine J. Kowalewski<br>David C. Walton<br>Coughlin Stoia Geller Rudman & Robbins<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101 | |

**[X]    BY MAIL:** I am readily familiar with the business' practice for collection and processing correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelopes were sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

[]    BY OVERNIGHT DELIVERY:  I caused such envelopes to be delivered to the above parties on the following business day by FEDERAL EXPRESS overnight

1

PROOF OF SERVICE OF NON E-FILING PARTIES
CASE NO. 07-cv-05111-JSW

1  delivery service.

2  [ ]  <u>BY FACSIMILE TRANSMISSION</u>:  I transmitted such documents by facsimile as
3  indicated

4  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, that this declaration is executed on June 30, 2008, at San Francisco, California; and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

</div>

                                        /s/ *Terri Newman*
                                          Terri Newman