1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  SHAWN A. WILLIAMS (213113)
   CHRISTOPHER M. WOOD (254908)
3  100 Pine Street, Suite 2600
   San Francisco, CA  94111
4  Telephone:  415/288-4545
   415/288-4534 (fax)
5  shawnw@csgrr.com
   cwood@csgrr.com
6
   LABATON SUCHAROW LLP
7  CHRISTOPHER J. KELLER
   JONATHAN GARDNER
8  140 Broadway, 34th Floor
   New York, NY  10005
9  Telephone:  212/907-0700
   212/818-0477 (fax)
10 ckeller@labaton.com
   jgardner@labaton.com
11
   Co-Lead Counsel for Plaintiffs
12
   [Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF WESTLAND POLICE AND FIRE RETIREMENT SYSTEM and PLYMOUTH COUNTY RETIREMENT SYSTEM, On Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> SONIC SOLUTIONS, et al., <br><br> Defendants. | No. C 07-05111-JSW <br><br> <u>CLASS ACTION</u> <br><br> [PROPOSED] ORDER DENYING DEFENDANTS' SUPERSEDING MOTION TO DISMISS THE [CORRECTED] CONSOLIDATED CLASS ACTION COMPLAINT <br><br> DATE: September 5, 2008 <br> TIME: 9:00 a.m. <br> COURTROOM: The Honorable Jeffrey S. White |

Defendants Sonic Solutions ("Sonic" or the "Company"), David C. Habiger, Robert J. Doris, A. Clay Leighton, Mary C. Sauer, Mark Ely, Robert M. Greber, Peter J. Marguglio and R. Warren Langley's Superseding Motion to Dismiss the [Corrected] Consolidated Class Action Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure came on for hearing on September 5, 2008, at 9:00 a.m. in this Court. Counsel for plaintiffs and defendants were in attendance and presented oral arguments. Having considered the parties' papers filed in support of and in opposition to the motion, oral argument, and other pleadings and papers on file herein, the Court finds the following:

1. With respect to the first cause of action for violation of §10(b) of the Securities Exchange Act of 1934 (the "Exchange Act"), defendants' motion is denied. The Court finds that plaintiffs have sufficiently pled facts giving rise to a "cogent and compelling" inference of scienter on the part of each individual defendant, as required by *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 127 S. Ct. 2499, 2510 (2007). The Court finds that the scienter of the individual defendants is imputed to the Company. *See In re Hienergy Techs., Inc Sec. Litig.*, No. SACV04-1226DOC(JTLX), 2005 WL 3071250, at * 8 (C.D. Cal. Oct. 25, 2005). The Court also finds that the complaint adequately alleges that each defendant made or participated in the preparation of the challenged statements. Finally, the Court finds that the complaint has sufficiently alleged that all defendants participated in a scheme to defraud in violation of Rule 10b-5(a) and (c).

2. With respect to the second cause of action for violation of §14(a), defendants' motion is denied as to the Company's 2005 Proxy Statement. Plaintiffs' claim is timely as to the Company's 2005 Proxy Statement. Plaintiffs have also adequately alleged the 2005 Proxy Statement contained a material misrepresentation, which was a direct link to the transaction voted on in the proxy statement (namely the re-election of the board of directors and their continuation of the option backdating) and that plaintiffs and the class were damaged. *See In re Zoran Derivative Litig.*, 511 F. Supp. 2d 986 (N.D. Cal. 2007).

3. With respect to the third cause of action for violation of §20(a) of the Exchange Act, defendants' motion is denied with respect to each individual defendant. The complaint alleges a

predicate violation of the securities law (namely a predicate violation by the Company of §10(b)) and that each individual defendant by virtue of their positions at the Company is a control person.

4. With respect to the fourth cause of action for violation of §20A of the Exchange Act, defendants' motion is denied. The Complaint alleges a predicate violation of the federal securities law (namely a predicate violation of §10(b)). In addition, plaintiffs have alleged that they (as well as numerous class members) purchased Sonic securities contemporaneously with the sales of defendants Robert J. Doris, Mary C. Sauer, Mark Ely, A. Clay Leighton, Peter J. Marguglio, R. Warren Langley and Robert M. Greber. This is sufficient to allege a §20A violation as to each such defendant. *See Middlesex Ret. Sys. v. Quest Software Inc.*, 527 F. Supp. 2d 1164 (C.D. Cal. 2007).

**IT IS THEREFORE ORDERED** that defendants' motion to dismiss is denied.

\*   \*   \*

**O R D E R**

IT IS SO ORDERED.

DATED: _____   _____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Submitted by:

DATED: July 18, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
CHRISTOPHER M. WOOD

_____/s/_____
SHAWN A. WILLIAMS

100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

1 | LABATON SUCHAROW LLP
2 | CHRISTOPHER J. KELLER
JONATHAN GARDNER
3 | 140 Broadway, 34th Floor
New York, NY 10005
4 | Telephone: 212/907-0700
212/818-0477 (fax)
5 |
Co-Lead Counsel for Plaintiffs
6 |
VANOVERBEKE MICHAUD
7 |   & TIMMONY, P.C.
MICHAEL J. VANOVERBEKE
8 | THOMAS C. MICHAUD
79 Alfred Street
9 | Detroit, MI 48201
Telephone: 313/578-1200
10 | 313/578-1201 (fax)

11 | Additional Counsel for Plaintiff

12 | T:\CasesSF\Sonic Solutions\orD00052691.doc

CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 18, 2008.

      s/ Shawn A. Williams
SHAWN A. WILLIAMS

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail:shawnw@csgrr.com

**Mailing Information for a Case 3:07-cv-05111-JSW**

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzia@csgrr.com,debh@csgrr.com

- **Sara B. Brody**
  sara.brody@hellerehrman.com,terri.newman@hellerehrman.com,matthew.thurlow@hellerehrman.com,carollynn.thompson@hellerehrman.com,clay.davenport@hellerehrman.com,Ce

- **Jonathan Gardner**
  jgardner@labaton.com

- **John K. Grant**
  johnkg@csgrr.com,JDecena@csgrr.com,khuang@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com

- **Monica Patel**
  monica.patel@hellerehrman.com

- **Darren Jay Robbins**
  e_file_sd@csgrr.com

- **Shawn A. Williams**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com,aelishb@csgrr.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Catherine J Kowalewski
Lerach Coughlin et al LLP
655 W Broadway #1900
San Diego, CA 92101

David C. Walton
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101-3301
```