# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| City of Westland Police and Fire Retirement System,<br><br>                    Plaintiff(s),<br><br>    v.<br><br>Sonic Solutions, et al.<br><br>                    Defendant(s). | 07-05111 JSW<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

(415-522-4112), hand delivery (ADR Program, USDC, Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: July 31, 2008

                                                RICHARD W. WIEKING
                                                Clerk
                                                by:    Lisa M. Salvetti

_____
ADR Administrative Assistant
415-522-2032
lisa_salvetti@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
07-05111 JSW                                          -2-

PROOF OF SERVICE

Case Name:	City of Westland Police and Fire Retirement System v.

Case Number:	07-05111 JSW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On July 31, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> David C. Walton
> Lerach Coughlin Stoia Geller Rudman & Robbins LLP
> 655 West Broadway
> Suite 1900
> San Diego, CA 92101-3301
>
> Catherine J Kowalewski
> Lerach Coughlin et al LLP
> 655 W Broadway #1900
> San Diego, CA 92101
>
> Darren Jay Robbins
> Coughlin Stoia Geller Rudman & Robbins LLP
> 655 West Broadway
> Suite 1900
> San Diego, CA 92101
> e_file_sd@csgrr.com
>
> John K. Grant
> Coughlin Stoia Geller Rudman & Robbins LLP
> 100 Pine Street

Suite 2600
San Francisco, CA 94111
johnkg@csgrr.com

Shawn A. Williams
Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street Suite 2600
San Francisco, CA 94111
shawnw@csgrr.com

Monica Patel
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104
monica.patel@hellerehrman.com

Sara B. Brody
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104-2878
sara.brody@hellerehrman.com

Ramzi Abadou
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
ramzia@csgrr.com

Jonathan Gardner
Labaton Sucharow LLP
140 Broadway, 34th Floor
New York, NY 10005
jgardner@labaton.com

Robert M Greber
,


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 31, 2008 in San Francisco, California.

                              RICHARD W. WIEKING
                              Clerk
                              by:    Lisa M. Salvetti

                              */s/ Lisa M. Salvetti*
                              ADR Administrative Assistant
                              415-522-2032
                              lisa_salvetti@cand.uscourts.gov