UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

City of Westland Police and Fire
Retirement System, et al.
          Plaintiff(s),

v.

Sonic Solutions, et al.

          Defendant(s).
_____/

Case No. C 07-5111 (JSW)

ADR CERTIFICATION BY PARTIES
AND COUNSEL

     Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

     **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

     **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

     **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 8/6/2008

Dated: 8/6/2008

/s/ Paul Norris
[Party] Sonic Solutions

/s/ Cecilia Chan
[Counsel] Heller Ehrman LLP

| | |
|---|---|
| 1 | SARA B. BRODY (No. 130222) |
| 2 | CAROL LYNN THOMPSON (No. 148079) |
|   | CECILIA Y. CHAN (No. 240971) |
| 3 | MATTHEW D. THURLOW (No. 243470) |
|   | HELLER EHRMAN LLP |
| 4 | 333 Bush Street |
|   | San Francisco, CA  94104-2878 |
| 5 | Telephone: (415) 772-6000 |
| 6 | Facsimile: (415) 772-6268 |
|   | SARA.BRODY@HELLEREHRMAN.COM |
| 7 | CAROLLYNN.THOMPSON@HELLEREHRMAN.COM |
| 8 | CECILIA.CHAN@HELLEREHRMAN.COM |
|   | MATTHEW.THURLOW@HELLEREHRMAN.COM |
| 9 | |
| 10 | Attorneys for Defendants |
|    | SONIC SOLUTIONS, DAVID C. HABIGER, |
| 11 | ROBERT J. DORIS, A. CLAY LEIGHTON, MARY C. SAUER, |
|    | MARK ELY, ROBERT M. GREBER, PETER J. MARGUGLIO |
| 12 | and R. WARREN LANGLEY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CITY OF WESTLAND POLICE AND FIRE RETIREMENT SYSTEM AND PLYMOUTH COUNTY RETIREMENT SYSTEM, On Behalf of Themselves and All Others Similarly Situated, | ) | Case No.: C 07-5111(JSW) |
| | ) | CLASS ACTION |
| Plaintiff, | ) | **PROOF OF SERVICE (NON E-FILING PARTIES)** |
| v. | ) | |
| SONIC SOLUTIONS, DAVID C. HABIGER, ROBERT J. DORIS, A. CLAY LEIGHTON, MARY C. SAUER, MARK ELY, ROBERT M. GREBER, PETER J. MARGUGLIO and R. WARREN LANGLEY, | ) | |
| Defendants. | ) | |

PROOF OF SERVICE OF NON E-FILING PARTIES
CASE NO. 07-cv-05111-JSW

*City of Westland, et al. v. Sonic Solutions, et al.*
*USDC, Northern/Oakland Case No. C-07-05111 JSW*

## PROOF OF SERVICE ON NON E-FILING PARTIES

I, Pam S. Autio, declare that I am over the age of eighteen years and I am not a party to this action. My business address is 333 Bush Street, San Francisco, California 94104.

On August 6, 2008, I served the following:

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

on the interested parties listed in this action:

| |
|---|
| Catherine J. Kowalewski<br>David C. Walton<br>Coughlin Stoia Geller Rudman & Robbins<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101 |

[X]   **BY MAIL:** I am readily familiar with the business' practice for collection and processing correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelopes were sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

[]   BY OVERNIGHT DELIVERY: I caused such envelopes to be delivered to the above parties on the following business day by FEDERAL EXPRESS overnight delivery service.

[]   BY FACSIMILE TRANSMISSION: I transmitted such documents by facsimile as indicated

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, that this declaration is executed on August 6, 2008, at San Francisco, California; and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

/s/ *Pam S. Autio*
Pam S. Autio