UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

City of Westland Police and Fire
Retirement System, et al.
              Plaintiff(s),

        v.

Sonic Solutions, et al.

              Defendant(s).
_____/

Case No. C 07-5111 (JSW)

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 8/14/2008

Dated: 8/14/2008

/s/ Robert J. Doris
[Party]

/s/ Cecilia Chan
[Counsel]