UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

A *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case that I have initialed below is related to the case assigned to me, and such case shall be reassigned to me.

C 07-01500 CW      Wilder v. Doris et al

C 07-05111 JSW     City of Westland Police and Fire Retirement System v. Sonic Solutions et al

I find that the above case is related to the case assigned to me. /s/ CW

ORDER

Counsel are instructed that all future filings in the reassigned case are to bear the initials of the newly assigned judge ("**CW**") immediately after the case number. **A Case Management Conference will be held on February 12, 2009 at 2:00 p.m.** The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. **Defendants' Motion to Dismiss the [Corrected] Consolidated Class Action Complaint is denied without prejudice to refiling on November 25, 2008, and noticing for hearing on February 12, 2009, at 2:00 p.m.** The reassigned case is referred for private mediation with JAMS Judge Howard B. Weiner (Ret.) along with the related case on October 7, 2008.

Dated: SEP - 4 2008          /s/ Claudia Wilken
                             Judge Claudia Wilken

## CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

Richard W. Wieking, Clerk

DATED: 9/4/08

By: _____
Deputy Clerk

Copies to:  Courtroom Deputies
Case Systems Administrators
Counsel of Record
Entered into Assignment Program: _____ (date)