SARA B. BRODY (Bar No. 130222)
CAROL LYNN THOMPSON (Bar No. 148079)
CECILIA Y. CHAN (Bar No. 240971)
AMANDA HASSID (Bar No. 254497)
SIDLEY AUSTIN LLP
555 California Street
San Francisco, CA  94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400
s.brody@sidley.com
cthompson@sidley.com
cecilia.chan@sidley.com
ahassid@sidley.com

Attorneys for Defendants
SONIC SOLUTIONS, DAVID C. HABIGER,
ROBERT J. DORIS, A. CLAY LEIGHTON,
MARY C. SAUER, MARK ELY, ROBERT M. GREBER,
PETER J. MARGUGLIO and R. WARREN LANGLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CITY OF WESTLAND POLICE AND FIRE RETIREMENT SYSTEM AND PLYMOUTH COUNTY RETIREMENT SYSTEM, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SONIC SOLUTIONS, DAVID C. HABIGER, ROBERT J. DORIS, A. CLAY LEIGHTON, MARY C. SAUER, MARK ELY, ROBERT M. GREBER, PETER J. MARGUGLIO and R. WARREN LANGLEY,<br><br>Defendants. | Case No.: C 07 5111 CW<br><br>**STIPULATION AND [PROPOSED] ORDER AMENDING BRIEFING SCHEDULE** |

STIPULATION AND [PROPOSED] ORDER AMENDING BRIEFING SCHEDULE
CASE NO. C 07 5111 CW

WHEREAS, on October 4, 2007, plaintiff City of Westland Police and Fire Retirement System ("the City of Westland"), a shareholder of Sonic Solutions ("Sonic" or the "Company"), filed its initial class action complaint against Sonic and certain of its officers and directors (the "Sonic Defendants"), alleging federal securities law violations arising from Sonic's historical stock option granting practices;[1]

WHEREAS, on January 10, 2008, the Honorable Martin Jenkins appointed the City of Westland as lead plaintiff for the class;

WHEREAS, on March 21, 2008, Plaintiff filed a consolidated amended complaint;

WHEREAS, on May 27, 2008, Plaintiff filed a corrected consolidated amended complaint;

WHEREAS, on June 27, 2008, Defendants moved to dismiss the corrected consolidated amended complaint, and on April 6, 2009, this Court issued its decision granting in part and denying in part the motion with leave to amend;

WHEREAS, the Court's April 6, 2009 Order set forth a schedule requiring Plaintiff to file its second amended complaint by May 8, 2009, and Defendants to respond by June 18, 2009;

WHEREAS, on May 8, 2009, the Plaintiff filed a "First Amended Class Action Complaint for Violations of the Federal Securities Law" (the "Amended Complaint") against the Defendants;

WHEREAS, the parties are currently involved in settlement discussions and have scheduled a mediation session for June 24, 2009 with United States District Court Judge Layn Phillips (Ret.);

WHEREAS, in light of the parties' settlement discussions and upcoming mediation session, the parties agree, in the interests of judicial efficiency, that Defendants should not be required to respond by motion or otherwise to the Amended Complaint during the pendency of the parties mediation efforts;

---

[1] The individual defendants include David C. Habiger, Robert J. Doris, A. Clay Leighton, Mary C. Sauer, Mark Ely, Robert M. Greber, Peter J. Marguglio, and R. Warren Langley (collectively, with nominal defendant Sonic Solutions, the "Defendants").

-1-
STIPULATION AND [PROPOSED] ORDER AMENDING BRIEFING SCHEDULE
CASE NO. C 07 5111 CW

WHEREAS, the parties further agree that in the event that the mediation does not result in an agreement to settle the case, Defendants shall respond to the Amended Complaint no later than July 31, 2009;

THEREFORE, IT IS STIPULATED AND AGREED by Plaintiff and Defendants, through their respective counsel of record, as follows:

1. The current briefing schedule should be vacated and, in the event that the mediation does not result in an agreement to settle the case, Defendants shall file their motion to dismiss or otherwise respond to the Amended Complaint no later than July 31, 2009.  Plaintiff shall file its opposition papers to the motion to dismiss no later than August 28, 2009 and Defendants shall file their reply papers no later than September 18, 2009.  The hearing for Defendants' motion will be on October 8, 2009.

2. There will be a Case Management Conference on October 8, 2009, at the same time as the hearing for Defendants' motion to dismiss.

IT IS SO STIPULATED.


DATED:  June 11, 2009                                   SIDLEY AUSTIN LLP


                                                        _____*/s/ Cecilia Y. Chan*_____
                                                        SARA B. BRODY
                                                        CAROL LYNN THOMPSON
                                                        CECILIA Y. CHAN
                                                        AMANDA J. P. HASSID

                                                        Attorneys for Nominal Defendant
                                                        SONIC SOLUTIONS, DAVID C. HABIGER,
                                                        ROBERT J. DORIS, A. CLAY LEIGHTON,
                                                        MARY C. SAUER, MARK ELY, ROBERT M.
                                                        GREBER, PETER J. MARGUGLIO and R.
                                                        WARREN LANGLEY

-2-
STIPULATION AND [PROPOSED] ORDER AMENDING BRIEFING SCHEDULE
CASE NO. C 07 5111 CW

1

DATED: June 11, 2009

2

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP

3

4

5

6

_____ /s/ Christopher M. Wood _____
SHAWN A. WILLIAMS
CHRISTOPHER M. WOOD

7

8

Attorneys for Plaintiffs
CITY OF WESTLAND POLICE AND FIRE
RETIREMENT SYSTEM and PLYMOUTH
COUNTY RETIREMENT SYSTEM

9

10

11

12

**O R D E R**

13

PURSUANT TO STIPULATION, IT IS SO ORDERED.

14

15

DATED: ___6/16/09_____

_____
THE HONORABLE CLAUDIA WILKEN
United States District Judge

16

17

-3-
STIPULATION AND [PROPOSED] ORDER AMENDING BRIEFING SCHEDULE
CASE NO. C 07 5111 CW