SARA B. BRODY (Bar No. 130222)
CAROL LYNN THOMPSON (Bar No. 148079)
CECILIA Y. CHAN (Bar No. 240971)
AMANDA HASSID (Bar No. 254497)
SIDLEY AUSTIN LLP
555 California Street
San Francisco, CA  94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400
sbrody@sidley.com
cthompson@sidley.com
cecilia.chan@sidley.com
ahassid@sidley.com

Attorneys for Defendants
SONIC SOLUTIONS, DAVID C. HABIGER,
ROBERT J. DORIS, A. CLAY LEIGHTON,
MARY C. SAUER, MARK ELY, ROBERT M. GREBER,
PETER J. MARGUGLIO and R. WARREN LANGLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CITY OF WESTLAND POLICE AND FIRE RETIREMENT SYSTEM and PLYMOUTH COUNTY RETIREMENT SYSTEM, On Behalf of Themselves and All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>  v.<br><br>SONIC SOLUTIONS, DAVID C. HABIGER, ROBERT J. DORIS, A. CLAY LEIGHTON, MARY C. SAUER, MARK ELY, ROBERT M. GREBER, PETER J. MARGUGLIO and R. WARREN LANGLEY,<br><br>                Defendants. | Case No.: C 07 5111 CW<br><br>**STIPULATION AND ORDER VACATING BRIEFING SCHEDULE** |

1    WHEREAS, on October 4, 2007, plaintiffs City of Westland Police and Fire Retirement System and Plymouth County Retirement System ("Plaintiffs"), shareholders of Sonic Solutions ("Sonic" or the "Company"), filed their initial class action complaint against Sonic and certain of its officers and directors[1] ("Defendants"), alleging federal securities law violations arising from Sonic's historical stock option granting practices;

WHEREAS, on January 10, 2008, the Honorable Martin Jenkins appointed the City of Westland Police and Fire Retirement System and Plymouth County Retirement System as lead plaintiffs for the class;

WHEREAS, on March 21, 2008, Plaintiffs filed a consolidated amended complaint;

WHEREAS, on May 27, 2008, Plaintiffs filed a corrected consolidated amended complaint;

WHEREAS, on June 27, 2008, Defendants moved to dismiss the corrected consolidated amended complaint, and on April 6, 2009, this Court issued its decision granting in part and denying in part the motion with leave to amend;

WHEREAS, the Court's April 6, 2009 Order further set forth a schedule requiring Plaintiffs to file an amended complaint by May 8, 2009, and Defendants to respond by June 18, 2009;

WHEREAS, on May 8, 2009, the Plaintiffs filed the First Amended Class Action Complaint for Violations of the Federal Securities Law (the "First Amended Complaint");

WHEREAS, the parties scheduled a mediation for June 24, 2009 with United States District Court Judge Layn Phillips (Ret.) and accordingly agreed to continue the date of Defendants' response to the First Amended Complaint;

---

[1] The individual defendants include David C. Habiger, Robert J. Doris, A. Clay Leighton, Mary C. Sauer, Mark Ely, Robert M. Greber, Peter J. Marguglio, and R. Warren Langley.

-1-
STIPULATION AND [PROPOSED] ORDER VACATING BRIEFING SCHEDULE
CASE NO. C 07 5111 CW

WHEREAS, on June 16, 2009, this Court approved the parties' stipulation and issued an Order setting the response date to the First Amended Complaint on July 31, 2009, and a hearing on a motion to dismiss, if filed, and a Case Management Conference on October 8, 2009;

WHEREAS, the parties have reached a settlement in principle to resolve this action and are in the process of documenting the settlement;

WHEREAS, in light of the settlement reached, the parties agree, in the interests of judicial efficiency, that the due date for Defendants to respond to the Amended Complaint and any briefing of a motion to dismiss should be vacated;

WHEREAS, the parties further agree that the Case Management Conference scheduled for October 8, 2009 should remain as scheduled;

THEREFORE, IT IS STIPULATED AND AGREED by Plaintiffs and Defendants, through their respective counsel of record, as follows:

1. The response date to the First Amended Complaint and the briefing schedule for Defendants' motion to dismiss should be vacated.

2. The Case Management Conference scheduled for October 8, 2009 should remain on calendar.

IT IS SO STIPULATED.

DATED: July 23. 2009                    SIDLEY AUSTIN LLP

                                                                     */s/ Sara B. Brody*
SARA B. BRODY
CAROL LYNN THOMPSON
CECILIA Y. CHAN
AMANDA HASSID

Attorneys for Defendants
SONIC SOLUTIONS, DAVID C. HABIGER, ROBERT J. DORIS, A. CLAY LEIGHTON, MARY C. SAUER, MARK ELY, ROBERT M. GREBER, PETER J. MARGUGLIO and R.WARREN LANGLEY

-2-
STIPULATION AND [PROPOSED] ORDER VACATING BRIEFING SCHEDULE
CASE NO. C 07 5111 CW

DATED: July 23, 2009
COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP


_____*/s/ Shawn A. Williams*_____
SHAWN A. WILLIAMS
CHRISTOPHER M. WOOD

Co-Lead Counsel for Plaintiffs
CITY OF WESTLAND POLICE AND FIRE
RETIREMENT SYSTEM and PLYMOUTH
COUNTY RETIREMENT SYSTEM

DATED: July 23, 2009
LABATON SUCHAROW LLP


_____*/s/ Christopher J. Keller*_____
CHRISTOPHER J. KELLER
JONATHAN GARDNER

Co-Lead Counsel for Plaintiffs
CITY OF WESTLAND POLICE AND FIRE
RETIREMENT SYSTEM and PLYMOUTH
COUNTY RETIREMENT SYSTEM

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

8/4/09                                   *[signature: Claudia Wilken]*

DATED: _____        _____
                                     THE HONORABLE CLAUDIA WILKEN
                                     United States District Judge

-3-
STIPULATION AND [PROPOSED] ORDER VACATING BRIEFING SCHEDULE
CASE NO. C 07 5111 CW