1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  SHAWN A. WILLIAMS (213113)
   CHRISTOPHER M. WOOD (254908)
3  100 Pine Street, Suite 2600
   San Francisco, CA  94111
4  Telephone: 415/288-4545
   415/288-4534 (fax)
5  shawnw@csgrr.com
   cwood@csgrr.com
6
   COUGHLIN STOIA GELLER
7     RUDMAN & ROBBINS LLP
   JOY ANN BULL (138009)
8  655 West Broadway, Suite 1900
   San Diego, CA  92101-3301
9  Telephone: 619/231-1058
   619/231-7423 (fax)
10 joyb@csgrr.com

11 LABATON SUCHAROW LLP
   CHRISTOPHER J. KELLER
12 JONATHAN GARDNER
   140 Broadway, 34th Floor
13 New York, NY  10005
   Telephone: 212/907-0700
14 212/818-0477 (fax)
   ckeller@labaton.com
15 jgardner@labaton.com

16 Co-Lead Counsel for Plaintiffs

17 [Additional counsel appear on signature page.]

18                UNITED STATES DISTRICT COURT

19                NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF WESTLAND POLICE AND FIRE RETIREMENT SYSTEM and PLYMOUTH COUNTY RETIREMENT SYSTEM, On Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> SONIC SOLUTIONS, et al., <br><br> Defendants. | No. C 07-05111-CW <br><br> CLASS ACTION <br><br> STIPULATION AND ORDER RESCHEDULING FINAL APPROVAL HEARING <br><br> DATE:  N/A <br> TIME:  N/A <br> COURTROOM:  The Honorable Claudia Wilken |

1  This Stipulation is entered into by and among the Lead Plaintiffs and Defendants, by and
2  through their respective attorneys of record.
3  WHEREAS, the Court set the Final Approval Hearing for April 22, 2010;
4  WHEREAS, counsel for Lead Plaintiffs have a conflict on the date set by the Court; and
5  WHEREAS, Lead Plaintiffs and Defendants request that the Final Approval Hearing be reset
6  for April 8, 2010;
7  THEREFORE, IT IS STIPULATED AND AGREED by the parties through their
8  undersigned counsel as follows:
9  The Final Approval Hearing is rescheduled for April 8, 2010, at 2:00 p.m.
10 IT IS SO STIPULATED.
11 DATED: December 2, 2009

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOY ANN BULL

                s/ Joy Ann Bull
                JOY ANN BULL

655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
CHRISTOPHER M. WOOD
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

LABATON SUCHAROW LLP
CHRISTOPHER J. KELLER
JONATHAN GARDNER
140 Broadway, 34th Floor
New York, NY  10005
Telephone:  212/907-0700
212/818-0477 (fax)

Co-Lead Counsel for Plaintiffs

|     |                              |                                                                                   |
| --- | ---------------------------- | --------------------------------------------------------------------------------- |
| 1   |                              |                                                                                   |
| 2   |                              | VANOVERBEKE MICHAUD & TIMMONY, P.C.                                               |
| 3   |                              | MICHAEL J. VANOVERBEKE<br>THOMAS C. MICHAUD                                       |
| 4   |                              | 79 Alfred Street<br>Detroit, MI  48201                                            |
| 5   |                              | Telephone:  313/578-1200<br>313/578-1201 (fax)                                    |
| 6   |                              | Additional Counsel for Plaintiffs                                                 |
| 7   | DATED:  December 2, 2009     | SIDLEY AUSTIN LLP<br>SARA B. BRODY                                                |
| 8   |                              | CAROL LYNN THOMPSON<br>CECILIA Y. CHAN                                            |

                                                                                                                                                          

                                                                                                                    s/ Carol Lynn Thompson
                                                                                                          CAROL LYNN THOMPSON

555 California Street
San Francisco, CA  94104
Telephone:  415/772-1200
415/772-7400 (fax)

Attorneys for Defendants Sonic Solutions, David C. Habiger, Robert J. Doris, A Clay Leighton, Mary C. Sauer, Mark Ely, Robert M. Greber, Peter J. Marguglio and R. Warren Langley

I, Joy Ann Bull, am the ECF User whose ID and password are being used to file this Further Case Management Conference Statement and [Proposed] Order.  In compliance with General Order 45, X.B., I hereby attest that Carol Lynn Thompson has concurred in this filing.

DATED:  December 2, 2009                                  s/ Joy Ann Bull
                                                                          JOY ANN BULL

*       *       *

**CASE MANAGEMENT ORDER**

The Stipulation and Order Rescheduling Final Approval Hearing is hereby adopted by the Court and the Final Approval Hearing is set for April 8, 2010, at 2:00 p.m.

IT IS SO ORDERED.

12/4/09

DATED: _____    _____
                                                        THE HONORABLE CLAUDIA WILKEN
                                                        UNITED STATES DISTRICT JUDGE