1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF WESTLAND POLICE AND FIRE RETIREMENT SYSTEM and PLYMOUTH COUNTY RETIREMENT SYSTEM, On Behalf of Themselves and All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>       vs.<br><br>SONIC SOLUTIONS, et al.,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

No. C 07-05111-CW

CLASS ACTION

ORDER APPROVING PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS

DATE:          April 8, 2010
TIME:          2:00 p.m.
COURTROOM:   The Honorable
                        Claudia Wilken

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    THIS MATTER having come before the Court on Lead Plaintiffs' application for approval of

2  the Plan of Allocation of the net settlement proceeds in the above-captioned action; the Court having

3  considered all papers filed and proceedings had herein and otherwise being fully informed in the

4  premises;

5    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

6    1.    For purposes of this Order, the terms used herein shall have the same meanings as set

7  forth in the Stipulation of Settlement dated as of October 12, 2009 (the "Stipulation").

8    2.    Pursuant to and in full compliance with Rule 23 of the Federal Rules of Civil

9  Procedure, this Court hereby finds and concludes that due and adequate notice was directed to all

10  Persons and entities who are Settlement Class Members advising them of the Plan of Allocation and

11  of their right to object thereto, and a full and fair opportunity was accorded to all Persons and entities

12  who are Settlement Class Members to be heard with respect to the Plan of Allocation.

13    3.    The Court hereby finds and concludes that the formula for the calculation of the

14  claims of Authorized Claimants which is set forth in the Notice of Proposed Settlement of Class

15  Action (the "Notice") sent to Settlement Class Members, provides a fair and reasonable basis upon

16  which to allocate the proceeds of the Net Settlement Fund established by the Stipulation among

17  Settlement Class Members, with due consideration having been given to administrative convenience

18  and necessity.

19    4.    The Court hereby finds and concludes that the Plan of Allocation set forth in the

20  Notice is in all respects fair and reasonable and the Court hereby approves the Plan of Allocation.

21    IT IS SO ORDERED.

22    4/8/10

23  DATED:
    _____
    THE HONORABLE CLAUDIA WILKEN
    UNITED STATES DISTRICT JUDGE

24

25

26

27

28

ORDER APPROVING PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS
- C 07-05111-CW                                                                  - 1 -

1  Respectfully submitted,

2  COUGHLIN STOIA GELLER
       RUDMAN & ROBBINS LLP
3  SHAWN A. WILLIAMS
   CHRISTOPHER M. WOOD
4  100 Pine Street, 26th Floor
   San Francisco, CA  94111
5  Telephone:  415/288-4545
   415/288-4534 (fax)
6
   COUGHLIN STOIA GELLER
7      RUDMAN & ROBBINS LLP
   JOY ANN BULL
8

9
                    s/ Joy Ann Bull
10  _____
                JOY ANN BULL
11
   655 West Broadway, Suite 1900
12  San Diego, CA  92101-3301
   Telephone:  619/231-1058
13  619/231-7423 (fax)

14  LABATON SUCHAROW LLP
   CHRISTOPHER J. KELLER
15  JONATHAN GARDNER
   140 Broadway, 34th Floor
16  New York, NY  10005
   Telephone:  212/907-0700
17  212/818-0477 (fax)

18  Co-Lead Counsel for Plaintiffs

19
   VANOVERBEKE MICHAUD
20     & TIMMONY, P.C.
   MICHAEL J. VANOVERBEKE
21  THOMAS C. MICHAUD
   79 Alfred Street
22  Detroit, MI  48201
   Telephone: 313/578-1200
23  313/578-1201 (fax)

24  Additional Counsel for Plaintiffs

25  C:\DOCUME~1\yvetteg\LOCALS~1\Temp\MetaSave\[PROPOSED] ORDER APPROVING PLAN OF ALLOCATION OF SETTLEMENT
   PROCEEDS.doc

26

27

28